Bruce A. Salzburg
Attorney General

John W. Renneisen
Deputy Attorney General

Christine Cox
Senior Assistant Attorney General
Herschler Building, First Floor West
Cheyenne, WY 82002
(307) 777-7250
 (307) 777-8920 facsimile

Attorneys for Perry Rockvam and Scott Steward in their Individual Capacities.

IN THE UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| RUDOLF DEHAAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 07-CV-257-J |
| | ) | |
| PERRY ROCKVAM, Individually and as | ) | |
| Representative for CODY POLICE | ) | |
| DEPARTMENT, AND CODY POLICE | ) | |
| DEPARTMENT, AND SCOTT A. STEWARD | ) | |
| lndividually and as Representative for PARK | ) | |
| COUNTY SHERIFF'S DEPARTMENT AND | ) | |
| DETENTION CENTER, AND PARK | ) | |
| COUNTY SHERIFF'S OFFICE AND | ) | |
| DETENTION CENTER, AND OFFICER | ) | |
| TORIN CHAMBERS, AND JOHN DOES #1, | ) | |
| #2, #3, #4, #5, AND #6, | ) | |
| | ) | |
| Defendants. | ) | |

### *ENTRY OF APPEARANCE*

The undersigned counsel hereby enters her appearance as counsel of record for Defendants Perry Rockvam and Scott A. Steward in their individual capacities.

DATED this 30th day of November, 2007.

/s/
Christine Cox
Senior Assistant Attorney General

### CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2007, the foregoing was electronically filed and served upon the following individuals:

Nicholas H. Carter
Stephanie M. Humphrey
The Nick Carter Law Firm, P.C.
P O Box 909
Gillette, WY 82717-0909

/s/
Christine Cox
Senior Assistant Attorney General