Bruce A. Salzburg
Attorney General

John W. Renneisen
Deputy Attorney General

Christine Cox
Senior Assistant Attorney General
Herschler Building, First Floor West
Cheyenne, WY 82002
(307) 777-7250
 (307) 777-8920 facsimile

Attorneys for Perry Rockvam and Scott Steward in their Individual Capacities.

## IN THE UNITED STATES DISTRICT COURT,
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| RUDOLF DEHAAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 07-CV-257-J |
| | ) | |
| PERRY ROCKVAM, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF COMPLEXITY

Pursuant to U.S.D.C. Local Rule 16.4, the Individual Defendants hereby notify the

Court and the opposing parties that the above named civil case is:

    __X__     NON-COMPLEX   _____ COMPLEX

DATED this 30th day of November, 2007.


/s/_____
Christine Cox
Senior Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of November, 2007, the foregoing was electronically filed and served upon the following individuals:

Nicholas H. Carter
Stephanie M. Humphrey
The Nick Carter Law Firm, P.C.
P O Box 909
Gillette, WY 82717-0909

/s/ _____
Christine Cox
Senior Assistant Attorney General