Richard Rideout, Esq.
Law Offices of Richard Rideout, PC
211 West 19th Street, Suite 100
P.O. Box 389
Cheyenne, Wyoming  82003-0389
307.632.1901
307.432.7522 fax
rsrideout@qwest.net

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

DEC - 3 2007

Stephan Harris, Clerk
Cheyenne

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RUDOLF DEHAAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.07-CV-257J |
| ) | |
| PERRY ROCKVAM, individually ) | |
| and as representative for ) | |
| CODY POLICE DEPARTMENT, and ) | |
| CODY POLICE DEPARTMENT, and ) | |
| SCOTT A. STEWARD, ) | |
| individually and as ) | |
| representative for PARK ) | |
| COUNTY SHERIFF'S DEPARTMENT ) | |
| AND DETENTION CENTER, and ) | |
| PARK COUNTY SHERIFF'S OFFICE ) | |
| AND DETENTION CENTER, and ) | |
| OFFICER TORIN CHAMBERS, and ) | |
| JOHN DOES #1-#6, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF COMPLEXITY

COME NOW the Defendants, Perry Rockvam and Scott A. Steward, in their official capacities and the Cody Police Department and the Park County Sheriff's Department and Detention Center by and through their counsel, Richard Rideout, Esq., of the Law Offices of Richard Rideout, PC,

1

Cheyenne, Wyoming, and pursuant to the Local Rules for the United States District Court for the District of Wyoming (U.S.D.C.L.R.) Rule 16.1, hereby notify the Court and the opposing party that the above-entitled civil case is non-complex.

Dated this 3rd day of December 2007.

                         Cody Police Department, *et al.*,
                         Defendants

By: _____
RICHARD RIDEOUT, ESQ.
Law Offices of Richard Rideout, PC
211 West 19th Street, Suite 100
P.O. Box 389
Cheyenne, Wyoming  82003-0389
307.632.1901
307.432.7522 fax
rsrideout@qwest.net

**ATTORNEY FOR THE DEFENDANTS**

## CERTIFICATE OF SERVICE

I, RICHARD RIDEOUT, do hereby certify that a true and correct copy of the foregoing **NOTICE OF COMPLEXITY** was served by depositing the same in the United States mail, postage prepaid, this 3rd day of December 2007, addressed as follows:

Nicholas H. Carter, Esq.
Stephanie M. Humphrey, Esq.
The Nick Carter Law Firm, P.C.
310 South Gillette Ave., Suite B
P.O. Box 909
Gillette, Wyoming  82717
307.682.9349
307.687.7690 fax

_____
RICHARD RIDEOUT, ESQ.