FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

DEC - 3 2007

Stephan Harris, Clerk
Cheyenne

Richard Rideout, Esq.
Law Offices of Richard Rideout, PC
211 West 19th Street, Suite 100
P.O. Box 389
Cheyenne, Wyoming  82003-0389
307.632.1901
307.432.7522 fax
rsrideout@qwest.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RUDOLF DEHAAN, ) ) Plaintiff, ) ) vs. ) ) PERRY ROCKVAM, individually ) and as representative for ) CODY POLICE DEPARTMENT, and ) CODY POLICE DEPARTMENT, and ) SCOTT A. STEWARD, ) individually and as ) representative for PARK ) COUNTY SHERIFF'S DEPARTMENT ) AND DETENTION CENTER, and ) PARK COUNTY SHERIFF'S OFFICE ) AND DETENTION CENTER, and ) OFFICER TORIN CHAMBERS, and ) JOHN DOES #1-#6, ) ) Defendants. ) | Case No.07-CV-257J |

**ENTRY OF APPEARANCE**

The undersigned Richard Rideout, Esq. hereby enters his appearance in the above-entitled matter as counsel for the Defendants Perry Rockvam and Scott A. Steward, in their official capacities as to the civil rights claims and the

1

Cody Police Department and the Park County Sheriff's Department and Detention Center as to any and all claims.

Dated this 3rd day of December 2007.

>Cody Police Department, *et al.*,
>Defendants
>
>By: /s/ Richard Rideout
>RICHARD RIDEOUT, ESQ.
>Law Offices of Richard Rideout, PC
>211 West 19th Street, Suite 100
>P.O. Box 389
>Cheyenne, Wyoming   82003-0389
>307.632.1901
>307.432.7522 fax
>rsrideout@qwest.net
>
>ATTORNEY FOR THE DEFENDANTS

2

## CERTIFICATE OF SERVICE

I, RICHARD RIDEOUT, do hereby certify that a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was served by depositing the same in the United States mail, postage prepaid, this 3rd day of December 2007, addressed as follows:

Nicholas H. Carter, Esq.
Stephanie M. Humphrey, Esq.
The Nick Carter Law Firm, P.C.
310 South Gillette Ave., Suite B
P.O. Box 909
Gillette, Wyoming  82717
307.682.9349
307.687.7690 fax

RICHARD RIDEOUT, ESQ.