Nicholas H. Carter, Esq.
Stephanie M. Humphrey, Esq.
The Nick Carter Law Firm, P.C.
310 South Gillette Ave., Suite B
P.O. Box 909
Gillette, WY 82717
(307) 682-9349
(307) 687-7690 - Fax

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

DEC 0 4 2007

Stephan Harris, Clerk
Cheyenne

## IN THE UNITED STATES DISTRICT COURT,
## FOR THE DISTRICT OF WYOMING

**RUDOLF DEHAAN,**

    *Plaintiff,*

vs.                                                                           Civil Case No. 07-CV-257-J

**PERRY ROCKVAM, Individually and as Representative for**
**CODY POLICE DEPARTMENT, AND**

**CODY POLICE DEPARTMENT, AND**

**SCOTT A. STEWARD, Individually and as Representative for**
**PARK COUNTY SHERIFF'S DEPARTMENT AND**
**DETENTION CENTER, AND**

**PARK COUNTY SHERIFF'S OFFICE AND DETENTION CENTER, AND**

**OFFICER TORIN CHAMBERS, AND**

**JOHN DOES #1, #2, #3, #4, #5, AND #6,**

    *Defendants.*

## RETURN OF SERVICE

I, Courtney Rasely, being first duly sworn on oath, depose and state that the undesigned is: Over 21 years of age; and not a party to the foregoing action.

The undersigned made service of said Subpoena on the ___13___ day of ___November___, 2007, by delivering a copy of the same to: ___Scott A. Steward, Park County Sheriff, personally and in person___ at the location of: ___1402 River View Drive, Cody Wyoming 82414.___

*Courtney Rasely*

COUNTY OF PARK       )
                     ) ss.
STATE OF WYOMING     )

Subscribed and sworn to before me this ___13th___ day of ___November___, 2007.

___Katherine A. Brown___
Notary Public

My Commission Expires: ___2/4/09___

[Notary Seal: KATHERINE A. BROWN NOTARY PUBLIC, COUNTY OF PARK, STATE OF WYOMING, MY COMMISSION EXPIRES FEBRUARY 4, 2009]