Nicholas H. Carter, Esq.
Stephanie M. Humphrey, Esq.
The Nick Carter Law Firm, P.C.
310 South Gillette Ave., Suite B
P.O. Box 909
Gillette, WY 82717
(307) 682-9349
(307) 687-7690 - Fax

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
DEC 04 2007
Stephan Harris, Clerk
Cheyenne

## IN THE UNITED STATES DISTRICT COURT,
## FOR THE DISTRICT OF WYOMING

**RUDOLF DEHAAN,**

    *Plaintiff,*

vs.                                                                                                  Civil Case No. 07-CV-257-J

**PERRY ROCKVAM, Individually and as Representative for**
**CODY POLICE DEPARTMENT, AND**

**CODY POLICE DEPARTMENT, AND**

**SCOTT A. STEWARD, Individually and as Representative for**
**PARK COUNTY SHERIFF'S DEPARTMENT AND**
**DETENTION CENTER, AND**

**PARK COUNTY SHERIFF'S OFFICE AND DETENTION CENTER, AND**

**OFFICER TORIN CHAMBERS, AND**

**JOHN DOES #1, #2, #3, #4, #5, AND #6,**

    *Defendants.*

## RETURN OF SERVICE

I, _Cartney Rasely_, being first duly sworn on oath, depose and state that the undesigned is: Over 21 years of age; and not a party to the foregoing action.

The undersigned made service of said Subpoena on the __13__ day of __November__, 2007, by delivering a copy of the same to: __Scott A Steward, Park County Sheriff, personally and in person on behalf of Park County Sheriff's Department.__ at the location of: __1402 River View Drive, Cody Wyoming 82414.__

_Courtney Raxely_

COUNTY OF PARK      )
                    ) ss.
STATE OF WYOMING    )

Subscribed and sworn to before me this __13th__ day of __November__, 2007.

_Katherine A. Brown_
Notary Public

My Commission Expires: __2/4/09__

[Notary Seal: KATHERINE A. BROWN NOTARY PUBLIC, COUNTY OF PARK, STATE OF WYOMING, MY COMMISSION EXPIRES FEBRUARY 4, 2009]