Nicholas H. Carter, Esq.
Stephanie M. Humphrey, Esq.
The Nick Carter Law Firm, P.C.
310 South Gillette Ave., Suite B
P.O. Box 909
Gillette, WY 82717
(307) 682-9349
(307) 687-7690 - Fax

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

DEC 04 2007

Stephan Harris, Clerk
Cheyenne

## IN THE UNITED STATES DISTRICT COURT,
## FOR THE DISTRICT OF WYOMING

RUDOLF DEHAAN,

    *Plaintiff,*

vs.                                                                                  Civil Case No. 07-CV-257-J

PERRY ROCKVAM, Individually and as Representative for
CODY POLICE DEPARTMENT, AND

CODY POLICE DEPARTMENT, AND

SCOTT A. STEWARD, Individually and as Representative for
PARK COUNTY SHERIFF'S DEPARTMENT AND
DETENTION CENTER, AND

PARK COUNTY SHERIFF'S OFFICE AND DETENTION CENTER, AND

OFFICER TORIN CHAMBERS, AND

JOHN DOES #1, #2, #3, #4, #5, AND #6,

    *Defendants.*

## RETURN OF SERVICE

I, Courtney Rasely, being first duly sworn on oath, depose and state that the undesigned is: Over 21 years of age; and not a party to the foregoing action.

The undersigned made service of said Subpoena on the ___14___ day of ___November___, 2007, by delivering a copy of the same to: Perry Rockvam, Chief of Police, Cody Police Department personally and in person at the location of: 1402 River View Drive, Cody, Wyoming 82414

_Courtney Rasely_

COUNTY OF PARK     )
                   ) ss.
STATE OF WYOMING   )

Subscribed and sworn to before me this __14th__ day of __November__, 2007.

_Katherine A. Brown_
Notary Public

My Commission Expires:  __2/4/09__

KATHERINE A. BROWN  NOTARY PUBLIC
COUNTY OF PARK   STATE OF WYOMING
MY COMMISSION EXPIRES FEBRUARY 4, 2009