Bruce A. Salzburg
Attorney General

John W. Renneisen
Deputy Attorney General

Christine Cox
Senior Assistant Attorney General
Herschler Building, First Floor West
Cheyenne, WY 82002
(307) 777-7250
 (307) 777-8920 facsimile

Attorneys for Perry Rockvam, Scott Steward and Torin Chambers  in their Individual Capacities.

## IN THE UNITED STATES DISTRICT COURT,
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RUDOLF DEHAAN, ) | |
| ) | |
|     Plaintiff, ) | |
| vs. ) | Case No. 07-CV-257-J |
| ) | |
| PERRY ROCKVAM, Individually and as ) | |
|  Representative for CODY POLICE ) | |
| DEPARTMENT, AND CODY POLICE ) | |
| DEPARTMENT, AND SCOTT A. STEWARD ) | |
| lndividually and as Representative for PARK ) | |
| COUNTY SHERIFF'S DEPARTMENT AND ) | |
| DETENTION CENTER, AND PARK ) | |
| COUNTY SHERIFF'S OFFICE AND ) | |
| DETENTION CENTER, AND OFFICER ) | |
| TORIN CHAMBERS, AND JOHN DOES #1, ) | |
| #2, #3, #4, #5, AND #6, ) | |
| ) | |
|     Defendants. ) | |

## *ENTRY OF APPEARANCE*

The undersigned counsel hereby enters her appearance as counsel of record for

Defendant Torin Chambers in his individual capacity.

DATED this 7th day of January, 2008.


/s/ _____
Christine Cox
Senior Assistant Attorney General


## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2008, the foregoing was electronically filed and served upon the following individuals:

Nicholas H. Carter
Stephanie M. Humphrey
The Nick Carter Law Firm, P.C.
P O Box 909
Gillette, WY 82717-0909

Richard Rideout
Law Offices of Richard Rideout
P.O. Box 389
Cheyenne, WY 82003-0389


/s/ _____
Christine Cox
Senior Assistant Attorney General