# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| RUDOLF DEHAAN<br>V.<br>PERRY ROCKVAM, et al. | NOTICE<br><br>CASE NUMBER:   07-CV-0257-J |
| TYPE OF CASE: | **CIVIL** |

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| PLACE<br><br>FEDERAL OFFICE BUILDING<br>2120 CAPITOL AVENUE<br>CHEYENNE, WY | BEFORE<br>         MAGISTRATE JUDGE WILLIAM C. BEAMAN<br>                           (307) 433-2180 |
|---|---|
| | DATE AND TIME  -<br>      **FEBRUARY 21, 2008, AT 9:00 A.M.** |
| TYPE OF PROCEEDING | **INITIAL PRETRIAL CONFERENCE** |

PARTICIPATION BY PHONE!!!  **Out-of-town counsel may participate by telephone conference call.  Parties must coordinate with each other so that they call in on one telephone line.  Parties also shall initiate the phone call to the Court by calling (307) 433-2180. It is NOT necessary to advise the Court that you will be participating by phone!**

        Further, counsel shall make available their calendars to assist in the scheduling of the final pretrial conference, the trial, and any other dispositive matter that may require an oral setting before the Honorable Alan B. Johnson.  These matters shall be scheduled during this initial pretrial conference.

                                                                STEPHAN HARRIS
                                                                Clerk of Court

January 9, 2008                                  Debra A. Birge
DATE                                                   DEPUTY CLERK

TO:

Nicholas H. Carter
Christine Annette Gilbert Cox
Richard S. Rideout