Nicholas H. Carter, Esq.
Stephanie M. Humphrey, Esq.
The Nick Carter Law Firm, P.C.
310 South Gillette Ave., Suite B
P.O. Box 909
Gillette, WY 82717
(307) 682-9349
(307) 687-7690 - Fax

Title Process Server
Date 12-17-07   Time 4:00 p.
M/S

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JAN 14 2008

Stephan Harris, Clerk
Cheyenne

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

RUDOLF DEHAAN,

    *Plaintiff,*

vs.

PERRY ROCKVAM, Individually and as Representative for
CODY POLICE DEPARTMENT, AND

CODY POLICE DEPARTMENT, AND

SCOTT A. STEWARD, Individually and as Representative for
PARK COUNTY SHERIFF'S DEPARTMENT AND
DETENTION CENTER, AND

PARK COUNTY SHERIFF'S OFFICE AND DETENTION CENTER, AND

OFFICER TORIN CHAMBERS, AND

JOHN DOES #1, #2, #3, #4, #5, AND #6,

    *Defendants.*

Civil Case No.

07-CV-257-J

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:    Officer Torin Chambers
c/o Cody Police Department
1402 River View Drive
Cody, Wyoming 82414

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk and serve upon the Plaintiff's attorney an answer to the **Complaint for Damages** which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service.  **(If service is made upon you outside of the State of Wyoming, you are required to file and serve your answer to the Complaint for Damages within thirty (30) days after service of this summons upon you, exclusive of the day of service.)**  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint for Damages.

**DATED** October 15, 2007.

                                                  Stephan Harris
                                      Clerk of United States District Court
                                      For the District of Wyoming

By:    Deborah Nielsen
         Deputy Clerk

_____
Nicholas H. Carter, Esq., and
Stephanie M. Humphrey, Esq.
Attorneys for Plaintiff
**The Nick Carter Law Firm, P.C.**
310 South Gillette Avenue, Suite B
Post Office Box 909
Gillette, Wyoming 82717-0909
Telephone: (307) 682-9349
Facsimile: (307) 687-7690
E-mail: attorneys@nickcarterlaw.net

# AFFIDAVIT OF SERVICE

**State of WYOMING**      **County of DISTRICT OF WYOMING**      **U.S. District Court**

Case Number: 07-CV-257-J

Plaintiff:
**RUDOLF DEHAAN**

vs.

Defendant:
**OFFICER TORIN CHAMBER**

For:
Stephanie M Humphrey
THE NICK CARTER LAW FIRM, P.C.
310 South Gillette Ave.
Suite B
Gellette, WY 82717

Received by ANDERSON PROCESS SERVICES, L.C. on the 15th day of December, 2007 at 2:06 pm to be served on **OFFICER TORIN CHAMBERS, 38 LAYTON CIR., LAYTON, UT 84041**.

I, Heidi A. Anderson, being duly sworn, depose and say that on the **17th day of December, 2007** at **4:00 pm, I:**

**Individually Served** the within named person with a true copy of the **SUMMONS & COMPLAINT** with the date and hour endorsed thereon by me, pursuant to state statutes.

**Military Status:** Based upon inquiry of party served, defendant is not in the military service of the United States.

**Additional Information pertaining to this Service:**
Service Made: 12-17, 4:00 P SERVED

I am over the age of 18 and have no interest in the above action.



SHEILA H ANDERSON
NOTARY PUBLIC - STATE OF UTAH
1937 E WASATCH BLVD
SANDY UT 84092
My Comm. Exp. 01/01/2009

**Heidi A. Anderson**
Process Server

Subscribed and Sworn to before me on the 20th day of December, 2007 by the affiant who is personally known to me.

_Sheila Anderson_
NOTARY PUBLIC

ANDERSON PROCESS SERVICES, L.C.
230 West 200 South
Suite 2302
Salt Lake City, UT 84101
(801) 619-1110
Our Job Serial Number: 2007004375