Nicholas H.  Carter
Stephanie M. Humphrey
The Nick Carter Law Office, PC.,
PO Box 909
Gillette, WY 82717
(307) 682-9439
(307) 687-7690 facsimile

IN THE UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RUDOLF DEHAAN, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 07-CV-257-J |
| ) | |
| PERRY ROCKVAM, et al. ) | |
| ) | |
| Defendants. | |

_____

*PLAINTIFF'S NOTICE OF COMPLIANCE WITH*
*SELF-EXECUTING ROUTINE DISCOVERY  U.S.D.C.L.R. 26.1*
_____

COMES NOW, Plaintiff Rudolf DeHaan, by and through his attorneys, Nicholas H. Carter and Stephanie M. Humphrey, of The Nick Carter Law Firm, P.C., and would notify the Court that Plaintiff has complied with the Self-Executing Routine Discovery, U.S.D.C.L.R. 26.1, by sending the same on February 20, 2008, to Christine Cox and Richard Rideout by First Class United States Mail and by facsimile.

DATED this _____ day of _____, 2008.

_____
Nicholas H. Carter
Stephanie M. Humphrey
Attorneys for the Plaintiff
The Nick Carter Law Office, P.C.
P.O. Box 909
Gillette, WY 82717
(307) 682-9349
FAX: (307) 687-7690
Email: attorneys@nickcarterlaw.net

**CERTIFICATE OF SERVICE**

  I hereby certify that on this _____ day of February, 2008, the foregoing was filed electronically and served upon the following individuals via fax and hard copied to them using the First Class United States Mail.

  Christine Cox
  Senior Assistant Attorney General
  2424 Pioneer, 2nd Floor
  Cheyenne, WY 82002
  Fax: (307) 777-6869

  Richard Rideout
  211 West 19th St., Suite 100
  P.O. Box 389
  Cheyenne, WY 82003-0389
  Fax: (307) 432-7522

                _____
                Nicholas H. Carter