

# Johnson & Associates

**Investigative and Police Expert Witness Services**

Ernest L. Johnson
Director of Services
1036 Durango
Douglas, WY 82633

Cell/Bus Phone (307) 351-8614
Fax:  (307) 358-4315
E-mail: janda@communicomm.com

May 30, 2008

**In the matter of Dehann v. Rockvam, et al.:**

1. My name is Ernest L. Johnson and currently reside in Douglas, Wyoming.

2. I am the director of services for Johnson and Associates, a Wyoming-based consulting firm that provides investigative, training, police expert witness and management consulting services.

3. I have been involved in the field of law enforcement and the criminal justice system in Wyoming for more than forty years.  I am attaching a vita which describes my experience, education and training.

4. I have consulted, have been designated and have testified as a police expert in criminal and civil cases in federal and state courts in Wyoming.  In addition, I have consulted and testified in personnel actions before civil service commission and city council hearings.

5. I was retained by the Wyoming Attorney General's Office on this matter on May 2, 2008.

6. I have reviewed the following documents and materials provided by the Wyoming Attorney General's Office: Complaint for Damages – U.S. District Court of Wyoming; Answer and Affirmative Defenses of Chief Perry Rockvam, Sheriff Scott Steward in their individual capacities; Answer and Assertion of Affirmative Defenses to Plaintiff's Complaint; Cody Police Department Incident Report 04-2727; Park County Detention Facility Remand Report – Rudolf Dehaan; Warrant in the Circuit Court, Fifth Judicial District – State of Wyoming vs. Rudolf Paul Dehaan Sr.; Chain of Command – Cody P.D.; Person Record – Rudolf Dehann; Notice of Claims; CPD Time Record – Torin Chambers; Jail Booking Form; Jail Log – Query Printout – Dehaan; Inmate Money Acct.; Lot Entries Activity; Officer Log for Inmate Activity; Medical Records- Dehann; Plaintiff's Designation of Expert Witnesses.

7. Based on my education, training and experience, and a careful review of the information, records and materials provided for my review in this case, it is my opinion that:
   a. Cody Police Officer Torin Chambers did not use excessive force in effecting the custodial arrest of the Plaintiff;

<u>In the matter of Dehann v. Rockvam, et al. (continued)</u>

    i.  The record shows that Officer Chambers was not present or involved in the arrest of the plaintiff.

    ii.  Officer Chambers signed the Affidavit of Probable Cause in support of the Warrant for the Plaintiff's arrest but was not involved in effecting the arrest.

    iii.  The physical arrest of the Plaintiff was carried out by officers Beck, Richards and Stafford of the Cody Police Department.

    iv.  Officer Chan Richards transported the Plaintiff to the Park County Detention Facility after arrest.

b. Defendants Rockvam and Does 1-3 as described in the Complaint did not deprive Plaintiff of his constitutional and statutory rights, privileges and immunities by failing to supervise, control or discipline Officer Torin Chambers;

    i.  Officer Chambers was not present or involved in the actual custodial arrest of Plaintiff.

    ii.  There is no evidence of record that indicates that the Affidavit of Probable Cause in support of the Warrant for the arrest of the Plaintiff signed by Officer Chambers contained inaccuracies or was not truthful.

    iii.  There is no evidence in the record of any prior misconduct on the part of Officer Chambers that would warrant disciplinary action or administrative sanctions.

c. Defendants Steward and Does 4-6 did not intentionally, or with reckless or wanton disregard, fail to provide medical attention to the Plaintiff while he was incarcerated in the Park County Sheriff's Department Detention Center;

    i.  The Park County Sheriff's Department log of officer-inmate activities while Plaintiff was incarcerated indicates due regard for the medical concerns of the Plaintiff by the use of a thorough medical screening process upon intake and through a series of appropriate responses to Plaintiff's medical requests thereafter.

d. Defendants Rockvam and Steward did not breach their duties or were negligent in the hiring or supervision of the officers involved in the arrest or incarceration of the Plaintiff;

    i.  There is no evidence in the record that indicates failure of administrative responsibilities in these regards.

    ii.  There is no evidence of inappropriate or unprofessional conduct, practices or customs that would indicate administrative negligence or failure to take appropriate action.

e. Officer Chambers did not commit the intentional tort of battery upon the Plaintiff;

    i.  Officer Chambers was not present or involved in the actual custodial arrest of Plaintiff.

<u>In the matter of Dehann v. Rockvam, et al. (continued)</u>

8.  I reserve the right to amend and expand upon these opinions based on review of additional records, materials, or information not available at this time.

9.   I am prepared to testify to these opinions in deposition and at trial if requested.  My fees for services are outlined in attached fee schedule.


May 30, 2008

_____               _____

Signed - Ernest L. Johnson                                          Date

VITA

PERSONAL DATA

Ernest L. Johnson
1036 Durango, Douglas, Wyoming  82633
Home: (307) 358-4315   Work:  (307) 351-8614
Birth Date: June 11, 1945

MILITARY SERVICE

Served in the United States Army from May 1963 until May 1966:

  Basic training - Fort Ord, California
  Advanced training (artillery) -  Fort Sill, Oklahoma
  Jump school training - Fort Benning, Georgia
  Assigned to the 101st Airborne Division - Fort Campbell, Kentucky
  Drill instructor and platoon sergeant for recruits in basic training
  Achieved the rank of Sergeant E-5 before receiving honorable discharge

EDUCATION

Associate of Applied Science in Law Enforcement - Casper College.
Bachelor of Science in Administration of Justice - University of Wyoming.
Masters Degree in Public Administration - University of Wyoming.

LAW ENFORCEMENT RELATED EMPLOYMENT AND EXPERIENCE

Casper Police Department - February 1967 to July 1976:

| | |
|---|---|
| Uniform Patrolman | February 1967 to  November 1970 |
| Corporal in Patrol | November 1970 to January 1972 |
| Investigator | January 1972 to November 1973 |
| Asst. Div. Commander | November 1973 to September 1975 |
| Research/Training Coord. | September 1975 to May 1976 |
| Patrol Shift Supervisor | May to July 1976 |

Wyoming Law Enforcement Academy - September 1975 to October 2000:

| | |
|---|---|
| Guest Instructor | September 1975 to July 1976. |
| Assistant Director | July 1976 to December 1977. |
| Director | December 1977 to October 2000 |

Ernest L. Johnson
Vita - Page 2


LAW ENFORCEMENT EMPLOYMENT AND RELATED EXPERIENCE (continued)

Wyoming Peace Officers Standards & Training Commission - March 1978 to October 2000

    Executive Director           March 1978 to November 1980.
    Member                     January 1983 to October 2000.

Adjunct Faculty, University of Wyoming - Fall 2000 to Fall 2001.

Faculty, Criminal Justice, University of Wyoming – Fall 2001 to present.
- o Currently teaching the following courses: Criminal Justice Management, Concepts of Modern Policing, Ethics in the Administration of Justice, Criminal Justice Civil Liability, Police Deviance, Politics and the Judicial Process, Criminal Courts and Processess

Sworn Reserve Peace Officer for the Town of Douglas - May 15, 1980 to present.

Self-employed, Johnson & Associates (Investigative, Management, Training, Expert Witness services) October 2000 to present


DISTINCTIONS - HONORS

Graduate - F.B.I. National Academy, 1975 (102nd Session)

Peace Officer of the year - Wyoming Peace Officers Association, 1978.

Member National Honor Society - Phi Kappa Phi

Outstanding off-campus M.P.A. Graduate Student 1996 - 1997

Only law enforcement member of a 6 State Steering Committee for the National Center on Child Abuse & Neglect Region 8 Resource Center, 1979 - 1982.

Co-authored a book published by the C. Henry Kempe National Center for the Prevention and Treatment of Child Abuse and Neglect entitled "*When A Child Needs You: Emergency Intervention For Law Enforcement Officers*", 1982.

Treasurer, 1st and 2nd Vice President, and Executive Board Member - National Association of State Directors of Law Enforcement Training, 1982 - 1986.

President - Rocky Mountain Chapter of F.B.I. National Academy Associates, 1984.

Chairman of Advisory Board for U.S. Department of Health and Human Services, 1986 Research Project on Abuses in Out of Home Child Care Settings.

Ernest L. Johnson
Vita – Page 3

DISTINCTIONS - HONORS (continued)

Invited to participate in conference entitled "Child Protection for the 21st Century: sponsored by: The C. Henry Kempe National Center for the Prevention and Treatment of Child Abuse and Neglect, October, 1987.

Invited to speak at symposium entitled "Police Brutality and Excessive Use of Force: Perception or Problem?"  Hosted by the F.B.I. in Denver, Colorado, December of 1991.

Provided considerable technical and expert witness assistance in special situations and various court cases dealing with Police Administration, Police Procedures, Policy Development, and Police Use of Force since 1979 (in State and Federal Court).

Assisted numerous law enforcement agencies in the State of Wyoming, as well as several Federal law enforcement agencies in developing agency Policy and Procedures in regards to the Police Use of Force.

Conducted a Management Study and provided technical assistance for the New Hampshire Police Standards and Training Council.

Conducted a Management Study and provided technical assistance for the Massachusetts Police Standards and Training Council.

Trained management and administrative personnel of the Lithuania National Police on behalf of the U.S. Department of Justice - ICITAP.  Forty-hour school entitled:  The Office of Professional Responsibility.

Trained law enforcement investigative personnel of the Lithuania National Police on behalf of the U.S. Department of Justice – ICITAP.  Eighty-hour school entitled:  Sex Crimes Investigation.

Conducted numerous feasibility studies for the Wyoming Legislature.

Conducted a project evaluation of the Substance Abuse Division's funding of Responsible Server Training in Wyoming.  Report initiated legislative change.

Conducted Management Study and provided management technical assistance for the Substance Abuse Division of the Wyoming Department of Health.

Conducted feasibility study for the Town of Wright, Wyoming.  "Should the Town of Wright create its own police department?"

Coordinator for Project Safe Neighborhoods in Wyoming: A national initiative directed by the US Department of Justice aimed at reducing gun crimes and violence in this country.  Initiative is currently in its fourth year of operation in Wyoming.

Managed the Wyoming First Lady's Initiative to Reduce Childhood Drinking – November

2004 – September 2006.

Ernest L. Johnson
Vita – Page 4

DISTINCTIONS - HONORS (continued)

Created/updates/maintains Wyoming First Lady's Initiative to Reduce Childhood Drinking website http://wfli.org – December 2004 to present

Conducted Management/Program Evaluation of the Cody Police Department – November 2006

Facilitator for the Wyoming Seat Belt Coalition – November 2006 to Present

Management consultant for the Initiative to review Wyoming Alcohol State Statutes pertaining to underage and binge drinking for the Prevention Framework Communities of Wyoming

Developed Public Information Booklet entitled *Wyoming Residents Voice Their Concerns and Opinions about Alcohol Issues in Wyoming"* – January 2008, for the Wyoming Department of Health – Mental Health and Substance Abuse Services Division

Managed a number of projects/authored reports on behalf of the Wyoming Association of Sheriffs and Chiefs of Police - Projects completed or currently in progress:

- o Evaluation of Alcohol Factors in Custodial Arrest in Wyoming – May 2005
- o Statewide Public Opinion Survey: Alcohol Issues and Policies (phone survey of 4,600 residents of Wyoming – Report released November 2006
- o Evaluation of Alcohol Factors in Custodial Arrest in Wyoming - 2006: Phase I (data collection), Phase II (Analysis, Findings and Strategies)
- o Evaluation of Alcohol Factors in Custodial Arrest in Wyoming – 2007
- o Evaluation of Alcohol Factors in Custodial Arrest in Wyoming – 2008
- o Reducing Underage Drinking and Driving Initiative – October 2007 to present
- o Enforcing Underage Drinking Laws Grant Program – September 2007 to present
- o Wyoming Communities in Action Initiative – September 2007 to present


CERTIFICATIONS

Previously certified as Professional Peace Officer by the Wyoming Peace Officer Standards and Training Commission.

Current certification as Reserve Peace Officer by the Wyoming Peace Officer Standards and Training Commission.

Current certification as Police Instructor by the Wyoming Peace Officer Standards and Training Commission.

Ernest L. Johnson
Vita -page 5

AREAS OF EXPERTISE

The following is a list of subject areas of lectures and training presented to numerous law enforcement recruits, in-service officers, supervisors, trainers, and management personnel (as well as community and business organizations) in the State of Wyoming and throughout the country.

| | |
|---|---|
| Arrest and Search Procedures | Handling Female Suspects |
| Basic and Constitutional Law | Child Abuse |
| Courtroom Testimony | Crime Prevention |
| Criminal Investigations | Crisis Intervention |
| Decision Making | Officer Survival |
| Patrol Procedures | Police Procedures |
| Preliminary Inv. of Arson | Race and Group Relations |
| Rape - Prevention and Defense | Safety Tips for women |

| | |
|---|---|
| Search and Seizure | Investigation of Child Abuse |
| Investigative Detention | Law Enforcement and the Community |
| Laws of Arrest | Legal Aspects of Vehicle Stops |
| The Police Role in Society | Stress Management |

Police Use of Force
Managing the Police Use of Deadly Force
Municipal Responsibilities in the Police Use of Force
Administrative Concerns in Custody Control

Role of Firearms Instructor
Firearms Liability
Training in Firearms Decision Making
Developing Courses of Fire
Firearms Proficiency Development

Managing the Training Function
Assessing Department Training Needs
Instructor Development
Instructor Development in Proficiency Skill Areas
Ernest L. Johnson

| | |
|---|---|
| Liability Risk Management | Police Liability |
| Executive Level Management | Creating an Excellent Organization |
| Management of Change | Management Efficiency and Effectiveness |
| Policies & Procedures | Assessing Organizational Effectiveness |

Ernest L. Johnson
Vita -page 6

<u>AREAS OF EXPERTISE</u>

As a faculty member of the Criminal Justice Department for the University of Wyoming, have taught the following classes:

Ethics in the Administration of Justice
Concepts of Modern Policing
Politics and the Judicial Process
Police Deviance
Criminal Justice Management
Criminal Justice Civil Liability
Criminal Courts and Processes


<u>ASSOCIATIONS</u>

Member - Wyoming Criminal Justice Educators Association

Life Member - International Assoc. Directors of Law Enforcement Standards and Training

Member - Wyoming Association of Sheriffs and Chiefs of Police

Life Member - International Association of Chiefs of Police

Member - F.B.I. National Academy Associates (Rocky Mountain Chapter)

Life Member - Wyoming Peace Officers Association

Ernest L. Johnson
Vita – Page 7

EXPERT WITNESS EXPERIENCE

The following is an incomplete list of cases in which I have consulted, was designated or testified as an expert witness:

Flanagan, et al, v. Edington, et al  1981 (Improper arrest, police procedures)  designated, consulted

Henry Engelhaupt v. City of Gillette  1983 (Excessive force, training, supervision)  designated, deposed

Coryell v. Town of Pinedale et. al. (Police Pursuit, negligent direction, negligent training) – 1986, designated, deposed, testified

Gette v. Town of Torrington – 1984 (Excessive force, improper arrest, police procedures), designated, consulted, deposed

Bonnel, et al v. McKinney et al  - 1984 (Policies and Procedures), designated, deposed

Eldon Paul and Sherrie Ann Mc dowell v. WSHD, WHP, Sweetwater County, Town of Wamsutter  - 1986 (Search & seizure, negligent appointment, negligent retention, negligent training, false arrest), designated, letter of conclusion

Coen v. Wyoming Stockgrowers Association, et al  - 1986  (False arrest, failure to train, negligent supervision), designated, consulted

Kosma v. City of Sheridan et al  - 1986  (Excessive force, prisoner abuse)  designated, deposed

Richard Ritchison and Carmen Ritchison v. Memorial Hospital of Sweetwater County -  1986 (Excessive Force, policy and procedures for security personnel, hiring and retention) designated, affidavit

Bernal v. Hill and Rose  1987 (Innappriate use of deadly force) 1987  designated, consulted, letter of conclusion

Robert Harden v. Prince and Waters, et al  1989  (gross negligence, deliberate indifference in training and supervision, failure to exercise reasonable care) designated, deposed, testified

Jolley v. Officer Ronda Marte  1989 (Excessive force), designated, consulted

Horkan v. Community Alternatives Corrections, 2000 (gross negligence, failure to supervise) consulted

Ritter v. City of Casper - 2000 Personnel matter (excessive force, suspension) designated, deposed, testified

Ernest L. Johnson
Vita – Page 7

EXPERT WITNESS EXPERIENCE (Continued)

Patrick Dalby  v. Jay Ostrem, City of Gillette - 2001 (Excessive force, police procedures)
designated, affidavit

Neilson v. University of Wyoming, City of Laramie – 2001 (Excessive force, police procedures,
false arrest) designated, consulted

Falgout and King v. Town of Thermopolis 2002  Personnel matter (police procedures, custody
control)  designated, consulted, testified

Town of Douglas v. D. Evins  2003  Personnel matter – internal investigation (use of force,
policies and procedures, discipline, investigations)  investigated, consulted, report

State of Wyoming v. Martinez - 2003 (excessive force, police procedures, false arrest)
designated, letter of conclusion

Town of Powell v. Feathers - 2003 Personnel matter (supervision, discipline) consulted

Town of Evansville v. Icenogle - 2003 Personnel matter – internal investigation (discrimination,
harassment) investigated, consulted, report

James Stassinos v. Board of Commissioners of Sweetwater County, Sweetwater County Events
Complex/Fair Board – 2004 (Duty to protect, deployment of security personnel) consulted,
designated, affidavit

Marvin Parkinson v. Wyoming Medical Center, Hospital Shared Services – 2004 (Negligent
Hiring & Contracting, failure to warn, Negligent direction, negligent supervision, negligent
training, unlawful battering & detention) consulted, designated, affidavit

Gilstrap v. Casper Police Department – 2005 (excessive force, police procedures, policies and
procedures) consulted, designated, affidavit

Montanez v. Town of Lovell – 2005 (deficient investigation, false arrest, policies and
procedures, investigative oversight, inadequate training) consulted, designated, affidavit

Layland v. Stevens, Laramie S.D. – 2006 (violation of civil rights, false arrest, false
imprisonment, malicious prosecution, gross negligence, trespass) consulted, designated, affidavit

Cordova v. Cheyenne Police Department – 2006 (excessive force, policies and procedures,
inadequate training, operational practices, failure to discipline) consulted, designated

Ellis v. Sublette County S.D. et al. – 2007 (illegal search & seizure, illegal entry, policies and
procedures, inadequate training, operational practices) consulted, designated, report

Ernest L. Johnson
Vita – Page 8

<u>EXPERT WITNESS EXPERIENCE (Continued)</u>

<u>Grundhauser v. Lewis</u> – 2007 (Inadequate/negligent investigation, negligent training, illegal arrest) consulted, designated, report

<u>Vanegdom v. Cheyenne P.D.</u> – 2007 (Excessive force, policies and procedures, inadequate training) consulted, designated, affidavit

<u>Weber v. Minard, WHP</u> – 2007 (Excessive force, policies and procedures, negligent training) consulted

<u>Hatfield v. Laramie S.D. – 2007</u> (Policies and Procedures, negligent training, deliberate indifference, failure to provide medical/mental care) consulted

| | | | | **QryTrainRec** | |
|---|---|---|---|---|---|
| **ID** | **NAME** | **CLSDATE** | **HOURS** | **COURSE** | **LOCATION** |
| DO | JOHNSON, ERNEST L. | 6/24/1967 | 100 | BASIC TRAINING | WLEA LARAMIE, WY |
| DO | JOHNSON, ERNEST L. | 10/1/1967 | 8 | NARCOTICS & DANGEROUS DRUGS | DEA CASPER, WY |
| DO | JOHNSON, ERNEST L. | 3/1/1969 | 48 | ADVANCED FIRST AID | CASPER, WY |
| DO | JOHNSON, ERNEST L. | 10/10/1969 | 24 | IN SERVICE TRAINING | WLEA CASPER, WY |
| DO | JOHNSON, ERNEST L. | 10/10/1971 | 8 | EMERGENCY MEDICAL TRAUMA | EMS CASPER, WY |
| DO | JOHNSON, ERNEST L. | 4/1/1972 | 8 | EXPLOSIVES WORKSHOP | CASPER, WY |
| DO | JOHNSON, ERNEST L. | 4/1/1972 | 4 | URBAN GUERILLA WAREFARE | FBI CASPER, WY |
| DO | JOHNSON, ERNEST L. | 9/4/1972 | 24 | PROSECUTERS TRAIL & TACTICS | JACKSON, WY |
| DO | JOHNSON, ERNEST L. | 11/15/1972 | 16 | GENERAL LAW ENFORCEMENT | TORRINGTON, WY |
| DO | JOHNSON, ERNEST L. | 5/25/1973 | 40 | FIRE/ARSON INVESTIGATION | GRAND JUNCTION, CO |
| DO | JOHNSON, ERNEST L. | 11/21/1973 | 24 | EXECUTIVE MANAGEMENT | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 3/7/1974 | 24 | POLICE FINANCING | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 3/12/1974 | 16 | BOMB SCENE INVESTIGATION | DENVER, CO |
| DO | JOHNSON, ERNEST L. | 3/22/1974 | 48 | POLICE INSTRUCTOR DEVELOPMENT | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 9/1/1974 | 8 | INTERROGATION TECHNIQUES | DENVER, CO |
| DO | JOHNSON, ERNEST L. | 1/31/1975 | 40 | FIRE CAUSE & INVESTIGATION | DENVER, CO |
| DO | JOHNSON, ERNEST L. | 2/1/1975 | 320 | AA DEGREE LAW ENFORCEMENT | CASPER COLLEGE, WY |
| DO | JOHNSON, ERNEST L. | 3/12/1975 | 16 | FIREARMS & EXPLOSIVES | DENVER, CO |
| DO | JOHNSON, ERNEST L. | 9/25/1975 | 440 | FBI NATIONAL ACADEMY | QUANTICO, VA |
| DO | JOHNSON, ERNEST L. | 10/1/1975 | 8 | POLICE ROLE IN SOCIETY INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 10/1/1975 | 4 | RACE/GROUP RELATIONS INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 5/1/1976 | 8 | PRELIM INVEST ARSON INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 5/14/1976 | 24 | PRODUCTIVITY IN LAW ENFORCEMENT | LAS VEGAS, NV |
| DO | JOHNSON, | 10/1/1976 | 160 | POLICE LAW SPECIALTIES | QUANTICO, VA |

| | | | | QryTrainRec | |
|---|---|---|---|---|---|
| ID | NAME | CLSDATE | HOURS | COURSE | LOCATION |
| | ERNEST L. | | | | |
| DO | JOHNSON, ERNEST L. | 12/1/1976 | 12 | COURTROOM DEMEANOR/TEST INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 12/1/1976 | 16 | BASIC LAW INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 1/1/1977 | 8 | BASIC FINGERPRINTING INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 6/1/1977 | 40 | CRIME PREVENTION FOR ADMINISTRATOR | LOUISVILLE, KY |
| DO | JOHNSON, ERNEST L. | 7/1/1977 | 40 | OFFICER SURVIVAL | EVANSTON, IL |
| DO | JOHNSON, ERNEST L. | 8/19/1977 | 40 | HOMOCIDE/CRIME SCENE INVESTIGATION | BELLEVUE, WA |
| DO | JOHNSON, ERNEST L. | 9/26/1977 | 8 | DEFENSIVE DRIVING | |
| DO | JOHNSON, ERNEST L. | 11/17/1977 | 20 | RURAL LAW ENFORCEMENT CONFERENCE | BILLINGS, MT |
| DO | JOHNSON, ERNEST L. | 1/16/1978 | 20 | MANAGING PATROL OPERATIONS | DENVER, CO |
| DO | JOHNSON, ERNEST L. | 3/1/1978 | 64 | FIREARMS TRAINING INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 3/1/1978 | 8 | OFFICER SURVIVAL INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 3/1/1978 | 8 | BASIC LAW/CONSTITUTION INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 3/1/1978 | 16 | LEGAL ASPECTS/FIREARMS INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 3/1/1978 | 16 | FIREARMS/RANGE SAFETY INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 3/1/1978 | 8 | PHILOSOPHY/HISTORY OF LE INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 4/14/1978 | 40 | OFFICER SURVIVAL | SAN LOUIS OBISPO, CA |
| DO | JOHNSON, ERNEST L. | 6/1/1978 | 8 | CURRENT TRENDS INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 6/1/1978 | 8 | LEGAL ASPECTS INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 8/2/1978 | 20 | USE OF DEADLY FORCE | EVANSTON, IL |
| DO | JOHNSON, ERNEST L. | 10/4/1978 | 16 | SEXUAL ABUSE OF CHILDREN | DENVER, CO |
| DO | JOHNSON, ERNEST L. | 11/14/1978 | 16 | JOB TASK ANALYSIS | DALLAS, TX |
| DO | JOHNSON, ERNEST L. | 5/9/1979 | 80 | TRNG. CORRECTIONAL AGENCY TRAINERS | NAT'L INST, VA |
| DO | JOHNSON, ERNEST L. | 6/7/1979 | 32 | STRESS MANAGEMENT/OFFICER | DENVER, CO |

| | | | | QryTrainRec | |
|---|---|---|---|---|---|
| ID | NAME | CLSDATE | HOURS | COURSE | LOCATION |
| | | | | SURVIVAL | |
| DO | JOHNSON, ERNEST L. | 7/24/1979 | 8 | JIM GREEG'S SHOOTING COURSE | LOVELL, WY |
| DO | JOHNSON, ERNEST L. | 10/1/1979 | 16 | PATROL EXERCISES INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 6/4/1980 | 8 | DEFENSIVE DRIVING | |
| DO | JOHNSON, ERNEST L. | 9/1/1980 | 8 | CHILD ABUSE INVEST INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 9/1/1980 | 16 | PATROL EXERCISES INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 11/1/1980 | 24 | VEHICLE STOPS EXERCISES INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 11/1/1980 | 4 | INTRO TO VEHICLE STOPS INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 11/1/1980 | 28 | LEGAL CONSIDERATIONS INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 4/1/1981 | 4 | LEGAL REVIEW INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 4/1/1981 | 4 | P.O.S.T. ACT INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 5/1/1981 | 12 | SURVIVAL TIPS INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 5/1/1981 | 24 | FIREARMS EXERCISES INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 5/1/1981 | 8 | SHOOT FOR SURVIVAL INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 5/1/1981 | 24 | SURVIVAL EXERCISES INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 6/1/1981 | 6 | OVERVIEW WLEA TRAINING INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 6/1/1981 | 4 | WLEA FIREARMS TRAINING INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 6/1/1981 | 4 | WLEA FIREARMS STANDARDS INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 9/1/1981 | 16 | FIRING RANGE EXERCISES INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 9/1/1981 | 6 | FIREARMS CONCERNS INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 9/1/1981 | 4 | DEPT. TRAINING CONSIDER. INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 9/1/1981 | 4 | OVERVIEW BASIC FIREARMS INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 9/1/1981 | 4 | REGIONAL TESTING INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 9/10/1981 | 4 | WLEA PISTOL PROFICIENCE INSTR PREP | WLEA DOUGLAS, WY |

| | | | | QryTrainRec | |
|---|---|---|---|---|---|
| ID | NAME | CLSDATE | HOURS | COURSE | LOCATION |
| DO | JOHNSON, ERNEST L. | 2/12/1982 | 24 | MANAGING INTERPERSONAL RELATIONSHIP | BOISE, ID |
| DO | JOHNSON, ERNEST L. | 3/1/1982 | 4 | LAW ENFORCE TURNOVER INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 3/1/1982 | 6 | TRAINING UPDATE INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 4/1/1982 | 16 | WY OFFICER INCIDENTS INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 4/1/1982 | 12 | NIGHT SURVIVAL EXERCISE INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 4/1/1982 | 24 | FIREARMS EXERCISES INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 6/15/1982 | 8 | STRESS MANAGEMENT/BIO FEEDBACK | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 6/16/1982 | 0 | INSTRUCTOR CERTIFICATION | POST 82-500-006 |
| DO | JOHNSON, ERNEST L. | 6/30/1982 | 8 | CPR | DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 7/16/1982 | 40 | ARREST & CONTROL | DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 7/24/1982 | 50 | PHYSICAL FITNESS TRAINERS COURSE | LARAMIE, WY |
| DO | JOHNSON, ERNEST L. | 3/1/1983 | 4 | FIREARMS DECISIONS INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 3/1/1983 | 6 | TRAINING UPDATE INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 3/15/1983 | 20 | DUI ENFORCEMENT | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 3/26/1983 | 8 | DISPATCH/ROLE IN OFFICER SURVIVAL | LANDER, WY |
| DO | JOHNSON, ERNEST L. | 7/13/1983 | 16 | DOMESTIC & INTERNATIONAL TERRORISM | ALBUQUERQUE, NM |
| DO | JOHNSON, ERNEST L. | 8/1/1983 | 0 | RESERVE CERTIFICATION | POST 83-20-011 |
| DO | JOHNSON, ERNEST L. | 11/22/1983 | 8 | DEFENSIVE DRIVING | |
| DO | JOHNSON, ERNEST L. | 2/16/1984 | 24 | BASIC PHOTO PROCESSING | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 4/1/1984 | 6 | TRAINING UPDATE INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 4/1/1984 | 6 | LE TRAINING ISSUES INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 7/12/1984 | 20 | USE OF DEADLY FORCE | JACKSON, WY |
| DO | JOHNSON, ERNEST L. | 11/2/1984 | 40 | POLICE USE OF DEADLY FORCE | ORLANDO, FL |
| DO | JOHNSON, | 4/1/1985 | 6 | TRAINING UPDATE INSTR | WLEA DOUGLAS, WY |

| | | | | QryTrainRec | |
|---|---|---|---|---|---|
| **ID** | **NAME** | **CLSDATE** | **HOURS** | **COURSE** | **LOCATION** |
| | ERNEST L. | | | PREP | |
| DO | JOHNSON, ERNEST L. | 4/1/1985 | 4 | VICTIM WITNESS ASSIST INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 4/19/1985 | 20 | VICTIM ASSISTANCE TRAINING NSA | DENVER, CO |
| DO | JOHNSON, ERNEST L. | 6/21/1985 | 40 | CUSTODY CONTROL INSTRUCTOR DEVELOPE | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 6/24/1985 | 6 | HIRING & FIRING | |
| DO | JOHNSON, ERNEST L. | 7/19/1985 | 32 | CHILD EXPLOITATION/ABUSE | TAMPA, FL |
| DO | JOHNSON, ERNEST L. | 8/6/1985 | 6 | SUPERVISION | |
| DO | JOHNSON, ERNEST L. | 8/22/1985 | 24 | COST EFFECTIVE TRAINING | SAN FRANCISCO, CA |
| DO | JOHNSON, ERNEST L. | 2/1/1986 | 8 | DEADLY FORCE & THE POLICE OFFICER | CORRESPONDENCE |
| DO | JOHNSON, ERNEST L. | 3/12/1986 | 20 | POLICE CIVIL LIABAILITY | LAS VEGAS, NV |
| DO | JOHNSON, ERNEST L. | 4/1/1986 | 4 | TRAINING UPDATE INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 4/1/1986 | 4 | ADM CONCERN CUSTODY/CONTROL INSTR | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 4/1/1986 | 4 | MNG POLICE DEADLY FORCE INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 4/3/1986 | 20 | LAW ENFORCEMENT ADMINISTRATOR CONF | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 4/19/1986 | 20 | VICTIM ASSISTANCE TRAINING PROGRAM | |
| DO | JOHNSON, ERNEST L. | 6/10/1986 | 0 | INSTRUCTOR CERTIFICATION | POST 86-500-163 |
| DO | JOHNSON, ERNEST L. | 6/18/1986 | 16 | PERFORMANCE APPRAISAL SYSTEM | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 10/1/1986 | 4 | LEGAL/ETHICAL ISSUES INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 12/1/1986 | 8 | BASIC LAW DISPATCHERS INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 12/1/1986 | 10 | CRIMINAL PROCEDURES INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 1/23/1987 | 6 | HOW TO DEAL WITH DIFFICULT PEOPLE | BOULDER, CO |
| DO | JOHNSON, ERNEST L. | 4/1/1987 | 16 | INVESTIGATIVE DETENTION INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 4/1/1987 | 16 | VEHICLE SEARCHES INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 4/1/1987 | 16 | USE OF FORCE CONSIDERATION INSTR | WLEA DOUGLAS, WY |

| | | | | **QryTrainRec** | |
|---|---|---|---|---|---|
| **ID** | **NAME** | **CLSDATE** | **HOURS** | **COURSE** | **LOCATION** |
| DO | JOHNSON, ERNEST L. | 4/1/1987 | 6 | TRAINING UPDATE INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 4/9/1987 | 20 | LAW ENFORCEMENT ADMINISTRATOR CONF | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 6/1/1987 | 30 | COLLEGE TRANS/PROBLEM SOLVING | UW LARAMIE, WY |
| DO | JOHNSON, ERNEST L. | 8/30/1987 | 24 | RECENTLY APPOINTED CHIEFS PART I | LAS VEGAS, NV |
| DO | JOHNSON, ERNEST L. | 11/8/1987 | 24 | RECENTLY APPOINTED CHIEFS PART II | LAS VEGAS, NV |
| DO | JOHNSON, ERNEST L. | 12/3/1987 | 24 | FAMILY VIOLENCE TRAINING | WLEA GILLETTE, WY |
| DO | JOHNSON, ERNEST L. | 1/1/1988 | 4 | DECISION SHOOTING PRACT INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 1/1/1988 | 12 | INVESTIGATIVE DETENTION INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 1/1/1988 | 16 | LEGAL ASPECTS VEHICLE STOP INSTR | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 1/1/1988 | 32 | USE OF FORCE INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 4/1/1988 | 4 | TRAINING UPDATE INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 4/7/1988 | 20 | 8TH ANNUAL LE ADMINISTRATOR'S CONF. | DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 5/1/1988 | 4 | LEGAL ASPECTS SWAT INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 6/1/1988 | 12 | VEHICLE DESMOUNT SHOTGUN INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 6/1/1988 | 4 | ROLE FIREARMS INSTRUCTOR INSTR | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 6/1/1988 | 4 | FIREARMS LIABILITY INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 6/1/1988 | 4 | ASSESS DEPT TRAINING NEED INSTR | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 6/1/1988 | 4 | DEV/UPDATE FIREARMS POLICY INSTR | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 6/1/1988 | 12 | DECISION SHOOTING INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 6/1/1988 | 8 | DEV COURSES OF FIRE INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 6/14/1988 | 0 | INSTRUCTOR CERTIFICATION | POST 88-500-119 |
| DO | JOHNSON, ERNEST L. | 8/1/1988 | 0 | RESERVE RECERTIFICATION | POST 88-200-010 |
| DO | JOHNSON, ERNEST L. | 10/1/1988 | 6 | PHYSICAL & MENTAL FITNESS | CHEYENNE, WY |
| DO | JOHNSON, | 4/1/1989 | 6 | TRAINING UPDATE INSTR | WLEA DOUGLAS, WY |

| ID | NAME | CLSDATE | HOURS | COURSE | LOCATION |
|---|---|---|---|---|---|
| | ERNEST L. | | | PREP | |
| DO | JOHNSON, ERNEST L. | 4/6/1989 | 20 | LAW ENFORCE. ADMINISTRATORS CONF. | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 6/9/1989 | 36 | EXECUTIVE MANAGEMENT SEMINAR | LARAMIE, WY |
| DO | JOHNSON, ERNEST L. | 6/22/1989 | 24 | DEADLY FORCE/CITIZEN SAFE/LE SURVIV | INDIANAPOLIS, IN |
| DO | JOHNSON, ERNEST L. | 8/11/1989 | 80 | WLEA FIREARMS INSTRUCTOR CERTIFICA | WLEA |
| DO | JOHNSON, ERNEST L. | 12/1/1989 | 20 | SUPERVISORS WORKSHOP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 12/1/1989 | 32 | USE OF FORCE/DETENTION INSTR PREP | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 4/5/1990 | 20 | LAW ENFORCE ADMINISTRATORS CONF | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 6/14/1990 | 0 | INSTRUCTOR CERTIFICATION | POST 90-500-098 |
| DO | JOHNSON, ERNEST L. | 8/30/1990 | 18 | FOCUS ON MANAGEMENT | JACKSON, WY |
| DO | JOHNSON, ERNEST L. | 4/4/1991 | 20 | LAW ENFORCE ADMINISTRATORS CONF | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 7/3/1991 | 16 | FBI PROFESSIONAL TRAINING SESSION | CORONADO, CA |
| DO | JOHNSON, ERNEST L. | 10/15/1991 | 8 | INCREASED PRODUCTIVITY EFF MGMT | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 11/5/1991 | 6 | EFF LEADERSHIP MANAGERS/SUPERVISORS | CHEYENNE, WY |
| DO | JOHNSON, ERNEST L. | 4/9/1992 | 20 | LAW ENF ADMINISTRATORS CONFERENCE | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 5/9/1992 | 1000 | BS DEGREE ADMIN OF JUSTICE | UW LARAMIE, WY |
| DO | JOHNSON, ERNEST L. | 7/30/1992 | 20 | ADVANCED INSTRUCTOR DEVELOPMENT | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 8/1/1992 | 0 | RESERVE CERTIFICATION | POST 92-200-034 |
| DO | JOHNSON, ERNEST L. | 4/8/1993 | 20 | LAW ENFORCEMENT ADMINISTRATORS CONF | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 4/7/1994 | 20 | LAW ENFORCEMENT ADMINISTRATORS CONF | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 5/11/1994 | 4 | SEXUAL HARASSMENT PREVENTION | DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 8/1/1994 | | RESERVE CERTIFICATION | POST 94-200-044 |
| DO | JOHNSON, ERNEST L. | 4/6/1995 | 20 | LAW ENF ADMINISTRATORS CONFERENCE | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 8/4/1995 | 36 | RETREAT | WLEA DOUGLAS, WY |

## QryTrainRec

| ID | NAME | CLSDATE | HOURS | COURSE | LOCATION |
|----|------|---------|-------|--------|----------|
| DO | JOHNSON, ERNEST L. | 4/4/1996 | 20 | LAW ENF ADMINISTRATORS CONFERENCE | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 8/1/1996 | | RESERVE PEACE OFFICER CERTIFICATION | POST 96-200-048 |
| DO | JOHNSON, ERNEST L. | 4/3/1997 | 20 | LAW ENF ADMINISTRATORS CONFERENCE | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 5/10/1997 | 390 | MASTER OF PUBLIC ADMINISTRATION | UW LARAMIE, WY |
| DO | JOHNSON, ERNEST L. | 9/20/1997 | 8 | LAW ENFORCEMENT ETHICS | CHEYENNE, WY |
| DO | JOHNSON, ERNEST L. | 4/9/1998 | 20 | LAW ENFORCEMENT ADMINISTRATORS CONF | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 7/17/1998 | 20 | EXECUTIVE ISSUES SYMPOSIUM | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 8/1/1998 | | RESERVE PEACE OFFICER CERTIFICATION | POST 98-200-053 |
| DO | JOHNSON, ERNEST L. | 1/26/1999 | 4 | EMPLOYMENT LEGAL ISSUES | CHEYENNE, WY |
| DO | JOHNSON, ERNEST L. | 2/11/1999 | 7 | ELECTRONIC RECORDS LEGAL ISSUES | |
| DO | JOHNSON, ERNEST L. | 4/15/1999 | 20 | LAW ENF ADMINISTRATORS CONFERENCE | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 5/7/1999 | 8 | WY SOCIETY PUBLIC ADMIN CONFERENCE | WYOMING |
| DO | JOHNSON, ERNEST L. | 5/19/1999 | 13 | PERSONNEL LAW UPDATE | CHEYENNE, WY |
| DO | JOHNSON, ERNEST L. | 11/16/1999 | 12 | PERSONNEL LAW UPDATE | CHEYENNE, WY |
| DO | JOHNSON, ERNEST L. | 4/13/2000 | 20 | LAW ENF ADMINISTRATORS CONF | WLEA DOUGLAS, WY |
| DO | JOHNSON, ERNEST L. | 8/1/2000 | | RESERVE PEACE OFFICER CERTIFICATION | POST 00-200-074 |
| DO | JOHNSON, ERNEST L. | 8/25/2000 | 24 | SAFE/LEGAL TRAFFIC STOP TRAIN/TRANR | JACKSONVILLE, FL |
| DO | JOHNSON, ERNEST L. | 8/1/2002 | | RESERVE PEACE OFFICER CERTIFICATION | POST 02-200-061 |
| DO | JOHNSON, ERNEST L. | 6/10/2004 | 18 | LECC 2004 ANNUAL CONFERENCE | JACKSON, WY |
| DO | JOHNSON, ERNEST L. | 6/30/2004 | 22 | WY CONF ON SCHOOL & COMMUNITY SAFETY | CASPER, WY |
| DO | JOHNSON, ERNEST L. | 8/1/2004 | | RESERVE PEACE OFFICER CERTIFICATION | POST 04-200-066 |
| DO | JOHNSON, ERNEST L. | 9/15/2004 | 4 | SHERIFFS & CHIEFS ROUNDTABLE | SHERIDAN, WY |
| DO | JOHNSON, ERNEST L. | 5/24/2006 | 24 | SCHOOL RESOURCE OFFICER LEADERSHIP PROGR | JACKSON, WY |
| DO | JOHNSON, | 6/8/2006 | 16 | LECC ANNUAL CONFERENCE | JACKSON, WY |

| | | | | QryTrainRec | |
|---|---|---|---|---|---|
| **ID** | **NAME** | **CLSDATE** | **HOURS** | **COURSE** | **LOCATION** |
| | ERNEST L. | | | | |
| DO | JOHNSON, ERNEST L. | 8/1/2006 | | RESERVE PEACE OFFICER CERTIFICATION | POST 06-200-059 |
| DO | JOHNSON, ERNEST L. | 8/11/2006 | 18 | WIND RIVER NATIVE AMERICAN CONFERENCE | LANDER, WY |
| DO | JOHNSON, ERNEST L. | 1/15/2007 | 4 | WASC ANNUAL TRAINING ISSUES & UPDATES | CHEYENNE, WY |
| DO | JOHNSON, ERNEST L. | 5/2/2007 | 8 | GOVERNOR'S CONFERENCE ON IMPAIRED DRIVIN | CASPER, WY |
| DO | JOHNSON, ERNEST L. | 6/21/2007 | 15 | 2007 LECC CONFERENCE | JACKSON, WY |
| DO | JOHNSON, ERNEST L. | 9/4/2007 | 5 | ANNUAL SHERIFFS/CHIEFS TRAIN MEETING | LANDER, WY |
| DO | JOHNSON, ERNEST L. | 2/28/2008 | 4 | WASCOP ANNUAL LEGISLATIVE TRAINING MEET | CHEYENNE, WY |



# Johnson & Associates

**Police Expert Witness Services**

Ernest L. Johnson
Director of Services
1036 Durango
Douglas, WY 82633

Cell/Bus Phone (307) 351-8614
Fax:  (307) 358-4315
E-mail: janda@communicomm.com

## FEE SCHEDULE FOR SERVICES

SERVICES PROVIDED: Initial case assessment and consultation; follow-up review and advisement; depositions and court testimony.

Hourly:…………………………….. $125.00

Initial Case Review (Retainer):……. $450.00 Minimum

Deposition and Court Testimony:…. $1,000.00 per day - Minimum
(If additional travel time required - billed extra at hourly rate)

Expenses:………………………….. Actual