Nicholas H. Carter, Esq.
Stephanie M. Humphrey, Esq.
The Nick Carter Law Firm, P.C.
310 South Gillette Ave., Suite B
P.O. Box 909
Gillette, WY 82717-0909
(307) 682-9349
(307) 687-7690 - Fax

# IN THE UNITED STATES DISTRICT COURT,
## FOR THE DISTRICT OF WYOMING

RUDOLF DEHAAN,

    *Plaintiff,*

vs.

                                         Civil Case No. 07-CV-0257-J

PERRY ROCKVAM, individually and as representative for CODY POLICE DEPARTMENT, and CODY POLICE DEPARTMENT, and SCOTT A. STEWARD, individually and as representative for PARK COUNTY SHERIFF'S DEPARTMENT AND DETENTION CENTER, and PARK COUNTY SHERIFF'S OFFICE AND DETENTION CENTER, and OFFICER TORIN CHAMBERS, and JOHN DOES #1-#6,

    *Defendants.*

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT BASED UPON INFORMATION OBTAINED DURING DISCOVERY

Plaintiff, Rudolf Dehaan, by and through his attorneys, Nicholas H. Carter and Stephanie M. Humphrey, The Nick Carter Law Firm, P.C., hereby respectfully move the Court to allow Plaintiff to amend his Complaint to reflect information that was discovered during the discovery process. Plaintiff would further inform the Court of the following:

1. Plaintiff named John Does 1 through 6 in his initial Complaint.

2. Plaintiff anticipated finding out the names of potentially several Defendants, previously unknown to the Plaintiff, during the discovery process.

3. Plaintiff has determined, based upon the information received during discovery process that two of the John Does should and can be named at this time.

4. John Doe #1 should now be known as Officer Jason Stafford of the Cody Police Department.

5. John Doe #2 should now be known as Officer Beck (first name still unknown) of the Cody Police Department.

**WHEREFORE**, the Plaintiff would request that the Complaint be amended to name as parties Officer Stafford and Officer Beck.

Respectfully submitted this 13th day of June, 2008.

_____
Nicholas H. Carter, WY State Bar #5-2742
Stephanie M. Humphrey, WY State Bar #6-3865
Attorneys for Plaintiff
**The Nick Carter Law Firm, P.C.**
310 South Gillette Avenue, Suite B
Post Office Box 909
Gillette, Wyoming 82717-0909
Telephone: (307) 682-9349
Facsimile: (307) 687-7690
E-mail: attorneys@nickcarterlaw.net

Dehaan v. Rockvam, et al.
Plaintiff's Motion for Leave to Amend Complaint
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that on this __13th__ day of June, 2008, the foregoing Plaintiff's Motion for Leave to Amend the Complaint Based Upon Information Obtained During Discovery was electronically filed with the Court and then served upon the following by fax and a hard copy was mailed to their address:

**Bruce A. Salzburg**
Attorney General
**John W. Renneisen**
Deputy Attorney General
**Christine Cox**
Senior Assistant Attorney General
Herschler Building, First Floor West
Cheyenne, WY 82002
307-777-6329

**Richard Rideout**
Law Offices of Richard Rideout
P.O. Box 389
Cheyenne, WY 82003-0389
307-432-7522

_____
Nicholas H. Carter

Dehaan v. Rockvam, et al.
Plaintiff's Motion for Leave to Amend Complaint
Page 3