Nicholas H. Carter, Esq.
Stephanie M. Humphrey, Esq.
The Nick Carter Law Firm, P.C.
310 South Gillette Ave., Suite B
P.O. Box 909
Gillette, WY 82717-0909
(307) 682-9349
(307) 687-7690 - Fax

# IN THE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF WYOMING

RUDOLF DEHAAN,

    *Plaintiff,*

vs.

PERRY ROCKVAM, individually and as representative for CODY POLICE DEPARTMENT, and CODY POLICE DEPARTMENT, and SCOTT A. STEWARD, individually and as representative for PARK COUNTY SHERIFF'S DEPARTMENT AND DETENTION CENTER, and PARK COUNTY SHERIFF'S OFFICE AND DETENTION CENTER, and OFFICER TORIN CHAMBERS, and JOHN DOES #1-#6,

    *Defendants.*

Civil Case No. 07-CV-0257-J

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT BASED UPON INFORMATION OBTAINED DURING DISCOVERY

**THIS MATTER** having coming before the Court upon Plaintiff's Motion for Leave to Amend the Complaint Based Upon Information Obtained During Discovery, and the Court having reviewed the motion and being fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Amend the Complaint Based Upon Information Obtained During Discovery is hereby *GRANTED*.

DATED this _____ day of _____, 2008.

**BY THE COURT:**

_____
Alan B. Johnson
United States District Court Judge