Bruce A. Salzburg
Attorney General

John W. Renneisen
Deputy Attorney General

Christine Cox
Senior Assistant Attorney General
Herschler Building, First Floor West
Cheyenne, WY 82002
(307) 777-7250
 (307) 777-8920 facsimile

Attorneys for Perry Rockvam, Scott Steward and Torin Chambers in their Individual Capacities.

## IN THE UNITED STATES DISTRICT COURT,
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RUDOLF DEHAAN, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 07-CV-257-J |
| ) | |
| PERRY ROCKVAM, et al. ) | |
| ) | |
| Defendants. ) | |

### *INDIVIDUAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT*

COME NOW, Defendants Perry Rockvam, Scott Steward and Torin Chambers in their Individual Capacities for 42 U.S.C. § 1983 claims and for state law claims, by and through the Office of the Attorney General of the State of Wyoming, and respectfully moves this Court for summary judgment in the above-captioned matter pursuant to Rule 56 of the Federal Rules of Civil Procedure. Defendants' legal argument for summary judgment is set forth in their Memorandum in Support of Motion for Summary Judgment filed contemporaneously herewith.

DATED this 16th day of June, 2008.

/s/ Christine Cox
Christine Cox
Senior Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this on 16th day of June, 2008, a true and correct copy of the foregoing was electronically filed and will be served by same upon the following individuals:

Nicholas H. Carter
Stephanie M. Humphrey
The Nick Carter Law Firm, P.C.
P O Box 909
Gillette, WY 82717-0909

Richard Rideout
Law Offices of Richard Rideout
P.O. Box 389
Cheyenne, WY 82003-0389

/s/ Christine Cox
Christine Cox