Richard Rideout, Esq.
Law Offices of Richard Rideout, PC
211 West 19th Street, Suite 100
P.O. Box 389
Cheyenne, Wyoming  82003-0389
307.632.1901
307.432.7522 fax
rsrideout@qwestoffice.net

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| RUDOLF DEHAAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.07-CV-257J |
| ) | |
| PERRY ROCKVAM, individually ) | |
| and as representative for ) | |
| CODY POLICE DEPARTMENT, and ) | |
| CODY POLICE DEPARTMENT, and ) | |
| SCOTT A. STEWARD, ) | |
| individually and as ) | |
| representative for PARK ) | |
| COUNTY SHERIFF'S DEPARTMENT ) | |
| AND DETENTION CENTER, and ) | |
| PARK COUNTY SHERIFF'S OFFICE ) | |
| AND DETENTION CENTER, and ) | |
| OFFICER TORIN CHAMBERS, and ) | |
| JOHN DOES #1-#6, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COME NOW the Defendants, Perry Rockvam and Scott A. Steward, in their official capacities and the Cody Police Department and the Park County Sheriff's Department and Detention Center, by and through their counsel, Richard Rideout, Esq., of the Law Offices of Richard Rideout, PC,

1

Cheyenne, Wyoming, and pursuant to Rule 56, of the Federal Rules of Civil Procedure, respectfully submit their Motion For Summary Judgment.  This Motion will be supported by a Memorandum of Law and exhibits.  These Defendants will also rely upon the Motion, Memorandum, and other materials submitted by the Defendants in their individual capacities in support of their Motion for Summary Judgment.

Dated this 16th day of June 2008.

                Cody Police Department, *et al.*,
                Defendants

By: /s/ Richard Rideout
    RICHARD RIDEOUT, ESQ.
    Law Offices of Richard Rideout, PC
    211 West 19th Street, Suite 100
    P.O. Box 389
    Cheyenne, Wyoming  82003-0389
    307.632.1901
    307.432.7522 fax
    rsrideout@qwestoffice.net

    ATTORNEY FOR THE DEFENDANTS

**CERTIFICATE OF SERVICE**

  I, RICHARD RIDEOUT, do hereby certify that a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** was served by electronic filing, this 16th day of June 2008, addressed as follows:

Nicholas H. Carter, Esq.
Stephanie M. Humphrey, Esq.
The Nick Carter Law Firm, P.C.
310 South Gillette Ave., Suite B
P.O. Box 909
Gillette, Wyoming  82717
307.682.9349
307.687.7690 fax

Christine Cox, Esq.
Senior Assistant Attorney General
Wyoming Attorney General's Office
2424 Pioneer Avenue, 2nd Floor
Cheyenne, Wyoming  82002
307.777.7250
307.777.6329 fax

            <u>Richard Rideout</u>
            RICHARD RIDEOUT, ESQ.