Bruce A. Salzburg
Attorney General

John W. Renneisen
Deputy Attorney General

Christine Cox
Senior Assistant Attorney General
2424 Pioneer, 2nd Floor
Cheyenne, WY 82002
(307) 777-7250
(307) 777-8920 facsimile



Attorneys for Perry Rockvam, Scott Steward and Torin Chambers in their Individual Capacities.

## IN THE UNITED STATES DISTRICT COURT,
## FOR THE DISTRICT OF WYOMING

RUDOLF DEHAAN, )
)
    Plaintiff, )
)
vs. )    Case No. 07-CV-257-J
)
PERRY ROCKVAM, et al. )
)
    Defendants. )

---

### *DEFENDANTS' SELF-EXECUTING ROUTINE DISCOVERY*

COMES NOW, Defendants Chief Perry Rockvam, Sheriff Scott Steward and Torin

Chambers, for state law claims and in their individual capacities for federal law claims, by

and through the Office of the Attorney General of the State of Wyoming, and pursuant to

U.S.D.C.L.R. 26.1 submit the following self-executing routine discovery:

Q1.    The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses identifying the subjects of the information.

A1.    The following individuals have information that Defendants may use to support their defenses.

1.    Sheriff Scott Steward, Park County Sheriff's Office, 1402 River View Drive, Cody, WY 82414, (307) 527-8710.

2.    Chief Perry Rockvam, 1402 River View Drive, Cody, WY 82414.

3.    Torin Chambers, 38 Layton Circle, Layton, UT, 84041.

4.    Chan Richard, Cody, WY 82414, (307) 587-9271.

5.    Deputy Bob Brown, Park County Sheriff's Office, 1402 River View Drive, Cody, WY 82414, (307) 527-8710.

6.    Lynn Marascio, 2215 Cover Street, Cody, WY 82414.

7.    Deputy Mike Mathis, Big Horn County Sheriff's Office, PO Box 69, Basin, WY 82410, (307) 568-2324.

8.    Dr. Fred Baldwin, South Lincoln Medical Center, PO Box 390, Kemmerer, WY, 83101, (307) 877-4401.

Q2.    A copy of, or a description by category and location, of all documents, data compilations, and tangible things that are in the possession, custody, or in control of the party and that the disclosing party may use to support its claims or defenses.

A2.    The following documents are attched:

1.    Police Report regarding Plaintiff's arrest on October 29, 2004, Bates stamps DEHAAN-000141 to DEHAAN-000148.

2.    Cody Police Department Chain of Command, Bates stamp DEHAAN-000406.

3.    Cody Police Department Person Record of the Plaintiff, Bates stamps DEHAAN-000397 to DEHAAN-000405.

Q3.    A compilation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or the evidentiary material, not privileged or protected from disclosure, on which some compilation is based, including materials baring on the extent and nature of injuries suffered.

A3.    N/A

Q4.    For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of the judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

A4.    See relevant State Statutes.

DATED this 7th  day of February, 2008.

_____
Christine Cox
Senior Assistant Attorney General


## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2008, the foregoing was electronically filed and served upon the following individuals:

Nicholas H. Carter
Stephanie M. Humphrey
The Nick Carter Law Firm, P.C.
P O Box 909
Gillette, WY 82717-0909

Richard S Rideout
Law Offices of Richard Rideout
P O Box 389
Cheyenne, WY 82003-0389

Office of the Attorney General

## CODY POLICE DEPARTMENT

**1402 RIVER VIEW DR    CODY, WY 82414    307-527-8700**

**INCIDENT REPORT**

| Page 1 |
| --- |
| 04-2727 |

| Offenses | Description | | Fel/Misd | Date Occurred | Time Occurred | Area | Date Printed |
|---|---|---|---|---|---|---|---|
| WARRANT | WARRANT SERVICE | | | 10/29/2004 | 2026 | 53 | 12/13/2007 |

| | | | | Date Reported | Time Reported | Beat | Time Printed |
|---|---|---|---|---|---|---|---|
| | | | | 10/29/2004 | 2026 | C | 13:33:05 |

| | | | | Disposition Date | Disposition | | Incident Number |
|---|---|---|---|---|---|---|---|
| | | | | 10/29/2004 | Clred By Adult Arrest | | 041029116 |

| Location | | Location Type | Point of Entry |
|---|---|---|---|
| 1701 Alger Ave, #14, Cody, WY 82414 | | Motel/Hotel | |

| Means of Attack | Location of Entry | Method of Entry | Alarm System |
|---|---|---|---|
| | | | |

**Reporting Party / Victim**

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| | | | | | |

| Business Name and Address | Business Phone | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| | | | | | |

| Assistance Rendered/Victim Disposition | Transporting Agency |
|---|---|
| | |

| Description of Injuries | Other Information |
|---|---|
| | |

**Name**

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| | | | | | |

| Business Name and Address | Business Phone | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| | | | | | |

| Suspect Arrested | Action Taken | Charges |
|---|---|---|
| Dehaan, Rudolf | BOOKING | WARRANT |

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| 141 Grace, Worland, WY 82401 | 272-9852 | 01/04/1961 | 43 | M | W |

| Business Name and Address | Business Phone | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| Dave Newton Drilling, Clark, WY 82601 | | 5`10" | 175 | BRO | HAZ |

| Identifying Features Scars: BACK, LF ARM, RF ARMSpeech: Clear  Build: Slender  Complexion: Light  Facial Hair: None  Glasses: | Arrest Number | Drivers License | SSN |
|---|---|---|---|
| | 60 | 101093557 WY | 520867179 |

| Status | Vehicle Make and Model | License/State | Vehicle Type |
|---|---|---|---|
| | | | |

| No. | Status | Item Description | Value | Val Recoverd | Val Damaged |
|---|---|---|---|---|---|
| | | | | | |

| Solvability Factors |
|---|
| Case Solved |

| Prepared By | Date | Assisted By | Approved By | Date |
|---|---|---|---|---|
| C16 - Stafford, Jason | 10/29/2004 | C08CR - Richard, Chan | C02SP - Penwell, Steve | 11/01/2004 |

| Route To | Date | Notes |
|---|---|---|
| | | |

DEHAAN-000141



| **CODY POLICE DEPARTMENT** | Page 2 |
|---|---|
| 1402 RIVER VIEW DR    CODY, WY 82414    307-527-8700<br>**NARRATIVE** | 04-2727 |

## SUMMARY

Rudolf Paul Dehaan, SR. was arrested on a Circuit Court warrant for violation of a protection order and booked into the Park County Jail pending arraignment.

## ENCLOSURES

1. Park County Detention Facility Remand Report.
2. Copy of the Circuit Court warrant for Rudolf Dehaan, SR.'s arrest.

## WARRANT INFORMATION

Warrant #:  CR-2004-124-COD
Court:  Circuit Court
Date of Issue: 10/29/04
Offense:  Violation of a protection issue
Bond: None
Judge: Bruce B. Waters

## INVESTIGATION

On Friday, October 29, 2004, at approximately 8:26 p.m., Officer Richard, Officer Beck and myself went to the Wigwam Hotel, located at 1701 Alger Avenue, Cody, Wyoming, to try and locate Rudolf Paul DEHAAN, SR. We knew that there was an active Circuit Court warrant for DEHAAN'S arrest for violating a protection order. Officer Beck and myself had made contact with DEHAAN in room #14 the night before and he told us he was living there.

While I was approaching the room I saw a male subject standing outside that I knew was DEHAAN. I approached DEHAAN and told him about the warrant. I told him that he was under arrest and attempted to handcuff him. I then found that DEHAAN had a large cast on his right arm so I was unable to handcuff him.

## SEARCH AND SEIZURE

I then searched DEHAAN incident to arrest but found nothing other the personal property that was left in his hotel room.

## INVESTIGATION CONTINUED

DEHAAN was then placed in Officer Richard's car as it was closest to the arrest location. Officer Richard took DEHAAN to the Park County Detention Center and booked him in. I also went to the detention center and served DEHAAN a copy of the warrant.

## UNDEVELOPED LEADS

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| C16 | STAFFORD, JASON | 10/30/2004 | C02SP | PENWELL, STEVE | 11/01/2004 |

DEHAAN-000142



| CODY POLICE DEPARTMENT | Page 3 |
|---|---|
| 1402 RIVER VIEW DR    CODY, WY 82414    307-527-8700<br>NARRATIVE | 04-2727 |

None

## STATUS

Case closed with the arrest of DEHAAN on a Circuit Court warrant for violating a protection order.

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| C16    STAFFORD, JASON | 10/30/2004 | C02SP    PENWELL, STEVE | 11/01/2004 |

DEHAAN-000143

## PARK COUNTY DETENTION FACILITY REMAND REPORT
To be filled out by arresting officer.
To assure proper disposition of arrestee,
Complete this form in full.

Arrestee Name: DeGraw   Rudolph
            Last        First       Middle

DOB 1-4-61   SSN 520-86-717 DL 52085717 State WY

Agency: PCSO ( )   CPD (X)   Powell ( )   WHP ( )   Other _____

Arrest Location: Wie - Cust. 1 Mus. Date 10-29 Time 8:40 pm

Officer(s): Stafford, Richard

Charge(s):
Violation of protection How released: WARNED
order _____ How released: _____
_____ How released: _____

1.  Per §14-6-206(b) Parent or Guardian must be contacted by arresting officer.
    Person contacted:_____ Date/Time _____

2.  Are you aware of any illness or injury to the prisoner? _N/O_

3.  Are you aware of any necessary medication for the prisoner?
    _NO_

4.  Was the individual arrested in a motor vehicle? _No_

5.  Vehicle disposition _____

I do hereby certify the above statements are true and correct to the best of my knowledge
_____
Officer Signature/No.

The Park County Sheriff's Department hereby accepts the aforementioned prisoner into custody.

Detention Office Signature: _____
Time/Date: 10/29/04  2035

Enclosure # 1   Page # 1
Case # 04- 2727
Officer Stafford

DEHAAN-000144

IN THE CIRCUIT COURT, FIFTH JUDICIAL DISTRICT
PARK COUNTY, WYOMING (CODY)

STATE OF WYOMING,
    *Plaintiff,*

    vs.

RUDOLF PAUL DEHAAN, SR.
    *Defendant.*

Criminal Docket No. CR-2004-124-COD

## W A R R A N T

TO THE SHERIFF OF SAID COUNTY, GREETINGS:

WHEREAS, Affidavit having been made before me, on oath, that the above-named Defendant, in Park County, Wyoming, did on or between October 9, 2004, and October 10, 2004, did willfully violate a protection order as defined by W.S. 35-21-102(a)(v), in violation of Wyoming Statute §6-4-404(a), a misdemeanor punishable by imprisonment for not more than six (6) months, a fine of not more than $750.00, or both, contrary to the form of the Statute in such case made and provided, and against the peace and dignity of the State of Wyoming.

NOW, THEREFORE, in the name of the State of Wyoming, you are hereby commanded forthwith to apprehend and arrest the above-named Defendant and bring the Defendant before the Court to be dealt with according to law.

Honorable Bruce B. Waters
Circuit Court Judge
October 25 2007
DATE

| D.O.B. | 01/04/1961 |
| S.S.N. | 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 |
| L.K.A. | Unknown |

Enclosure # 2 Page # 1
Case # 04- 2727
Officer Stafford

STATE OF WYOMING     )
                     ) ss     RETURN
COUNTY OF PARK       )

I hereby certify that I received the above Warrant, together with a copy of the Information filed in the above matter, that I served the same in Park County on _____ by delivering copies of both to _____ at_____.

                            SHERIFF
        BY: _____
                            DEPUTY

DEHAAN-000145

IN THE CIRCUIT COURT, FIFTH JUDICIAL DISTRICT
PARK COUNTY, WYOMING (CODY)

STATE OF WYOMING,                    Criminal Docket No.
          *Plaintiff,*

    *vs.*

RUDOLF PAUL DEHAAN, SR.
          *Defendant.*

---

## MISDEMEANOR INFORMATION

COMES NOW the State of Wyoming, by and through Bryan A. Skoric, County and Prosecuting Attorney in and for Park County, Wyoming, and hereby informs the Court and gives the Court to understand that the above-named Defendant, on or between October 9, 2004, and October 10, 2004, did willfully violate a protection order as defined by W.S. 35-21-102(a)(v), in violation of Wyoming Statute §6-4-404(a), a misdemeanor punishable by imprisonment for not more than six (6) months, a fine of not more than $750.00, or both, contrary to the form of the Statute in such case made and provided, and against the peace and dignity of the State of Wyoming.

Please see the Affidavit of Probable Cause by Torin Chambers, Sergeant with the Cody Police Department, attached hereto and incorporated herein by and through this reference.

WHEREFORE, the undersigned prays that a warrant issue for the arrest of the above-named Defendant.

DATED: October _____, 2004.

                         STATE OF WYOMING

                    BY: _____
                         Bryan A. Skoric
                         Park County and Prosecuting Attorney

Enclosure # 2 Page # 2
Case # 04-2727
Officer  Stafford

DEHAAN-000146

IN THE CIRCUIT COURT, FIFTH JUDICIAL DISTRICT
PARK COUNTY, WYOMING (CODY)

STATE OF WYOMING ⟩ Criminal Docket No.
        *Plaintiff,*
  vs.
RUDOLF PAUL DEHAAN, SR.
      *Defendant.*

---

## AFFIDAVIT OF PROBABLE CAUSE

---

THE UNDERSIGNED, BEING FIRST DULY SWORN UPON OATH,
DEPOSES AND STATES:

    1.    I, Torin Chambers, am employed by the Cody Police Department, as a
Sergeant.

    2.    I have received and reviewed a report from Tobi Brown, Police Officer
with the Cody Police Department and have learned the following: On October 11,
2004, Officer Brown spoke with Mandy Steggall by phone and Steggall stated that she
had received two (2) phone calls from Rudy Dehaan, Sr., whose date of birth is
January 4, 1961. Steggall said that there is a protection order in place and that Dehaan
is not supposed to make contact with her. Steggall said that both phone calls are on her
caller ID and that Dehaan left a message on her answering machine. Officer Brown
told Steggall that she would come to her residence and listen to the message and look
at the numbers on her caller ID.

    On October 11, 2004, at approximately 3:49 p.m., Officer Brown met
with Steggall at her residence at 1151 29th Street, Cody, Park County, Wyoming, and
Steggall showed Officer Brown the caller ID box. The caller ID box showed two (2)
phone calls with the number 307-272-7391. The first phone call from this number was
at 10:13 p.m. on October 9, 2004, and the second phone call from this number was at



Exhibit # 2 Page # 3
Case # OY-2727
Officer Stafford

9:32 p.m. on October 10, 2004. Photographs were taken of the caller ID box showing both phone numbers and times.

I have also learned that Steggall told Officer Brown that she didn't answer either phone call from Dehaan. Steggall said that Dehaan left her a message on the answering machine at 9:32 p.m. on October 10, 2004. Steggall played the answering machine message for Officer Brown and a male voice said "I was wondering if I ever get to see Catherine, I know you're home, call me back." Steggall told Officer Brown that this was Dehaan on the answering machine. Steggall was upset and told Officer Brown that she didn't want Dehaan near her or her daughter, Catherine. Steggall filled out a written statement form. Steggall was instructed to contact the Police Department if Dehaan continued to make phone calls to her.

I have reviewed an Order of Protection dated August 10, 2004. It states that Rudy Dehaan, Sr., whose date of birth is January 4, 1961, shall not initiate contact with Mandy Steggall.

3. All of the above-described events occurred in Park County, Wyoming.

4. The foregoing statement is accurate to the best information available to me as of the date of this Affidavit. Investigation of the matter may not be completed, and the foregoing is not to be construed as a statement of all information pertinent to the charge(s) which may be brought in this matter.

DATED: October 29th, 2004.

_Torin Chambers_
Torin Chambers

STATE OF WYOMING    )
                    ) ss
COUNTY OF PARK]     )

The foregoing Affidavit of Probable Cause was sworn to and signed before me personally by Torin Chambers on October 29, 2004.

_Kathy G. Nelson_
Notary Public
My commission expires: May 27, 2008

KATHY G. NELSON   NOTARY PUBLIC
COUNTY OF         STATE OF
PARK              WYOMING
MY COMMISSION EXPIRES MAY 27, 2008

Enclosure # 2   Page #
Case # 04-2727
Officer Stafford

State v. Dehaan Sr.
Misdemeanor Warrant
Page 3

DEHAAN-000148





# CODY POLICE DEPARTMENT

## PERSON RECORD
## DEHAAN, RUDOLF

Page 1

11/15/2007

| Address | | | | | | | |
|---|---|---|---|---|---|---|---|
| 141 GRACE, WORLAND, WY 82401 | | | | Mailing Address | | | |

| ID | Phone | DOB | Age | Sex | Height | Weight |
|---|---|---|---|---|---|---|
| 4089 | 272-9852 | 1/4/1961 | 46 | M | 5`10" | 175 |

| Race | | Hair | | Eyes |
|---|---|---|---|---|
| WHITE | | BROWN | | HAZEL |

| Drivers License | SSN | St ID | Vehicle License | FBI # |
|---|---|---|---|---|
| 101093557 WY | 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 | WY00028148 | 11T139L WY | 230767V6 |

| Business Name | Address | City & State |
|---|---|---|
| DAVE NEWTON DRILLING | | Clark, WY 82601 |

| Business Phone | Gang Affiliation | Arrest ID |
|---|---|---|
| | | 60 |

| Next of Kin/Parent/Guardian | Address | Phone | Occupation |
|---|---|---|---|
| JJ STRAUB | 909 LANE 11 | 272-7390 | LABORER |

| | Undocumented Alien |
|---|---|
| | NO |

| Complexion | Build | Hairstyle | Facial Hair | Speech | Glasses |
|---|---|---|---|---|---|
| LIGHT | SLENDER | SHORT | NONE | CLEAR | YES |

| Scars | Tattoos |
|---|---|
| BACK, LF ARM, RF ARM | |

| Officer Safety | Note |
|---|---|
| HAS A SCANNER | D-227 NO TRESPASS ORDER STEGGALL/HARRIS |

| Other Considerations |
|---|
| PROTECTION ORDER AGAINST THIS PERSON |

| Aliases | | |
|---|---|---|
| DEHAAN, RUDY | 909 LANE 11, POWELL | 1/4/1961 |
| HAAN, RUDY | 909 LANE 11, POWELL | 1/4/1961 |
| HAAN, RULDOF | 909 LANE 11, POWELL | 1/4/1961 |
| DEHAAN, RUDOLPH | 909 LANE 11, POWELL | 1/4/1961 |
| DE HAAN, RUDY | 909 LANE 11, POWELL | 1/4/1961 |
| DE HAAN, RUDOLF | 909 LANE 11, POWELL | 1/4/1961 |

| DATE | NATURE | EVENT DESCRIPTION | CASE # | N/CITE |
|---|---|---|---|---|
| 9/21/1974 | HIST | 844 | | |
| 9/21/1974 | HIST | 217 | | |
| 12/21/1974 | HIST | 29090175/PROP DAM | | |
| 12/28/1974 | HIST | 884 | | |
| 8/22/1978 | HIST | 29920878/PROP DAM | | |
| 6/2/1984 | HIST | 84F38 231190684/LARCENY | | |
| 6/23/1986 | HIST | 86F606 | | |
| 3/3/1987 | HIST | 87C40 | | |
| 5/18/1987 | HIST | 87E395 | | |
| 7/8/1989 | HIST | 89G329P | | |
| 6/14/1990 | HIST | 90-3508 | | |
| 7/20/1991 | HIST | 91-4377 | | |
| 7/28/1991 | HIST | 91-4573 | | |
| 8/23/1991 | HIST | 91-5245 | | |
| 8/30/1991 | HIST | 91-5422 | | |
| 9/9/1991 | HIST | 91-5695 | | |
| 9/23/1991 | HIST | 91-6031 | | |
| 12/2/1991 | HIST | 91-7493 LARCENY | | |
| 12/16/1991 | HIST | 91-7773 | | |
| 12/25/1991 | HIST | 91-7944 | | |

DEHAAN-000397

# CODY POLICE DEPARTMENT

## PERSON RECORD
## DEHAAN, RUDOLF

Page 2

11/15/2007

| DATE | NATURE | EVENT DESCRIPTION | CASE #/FL | INC/CITE |
|------|--------|-------------------|-----------|----------|
| 7/24/1993 | HIST | 93-4741 | | |
| 6/14/1994 | HIST | 94-4105 MENTIONED MAIL TAMPERING REFERRED | | |
| 9/29/1994 | HIST | 94-7733 R/P WATER DISPUTE HANDLED | | |
| 7/23/1995 | HIST | 95-5304 PERF DOMESTIC/ARGUMENT HANDLED | | |
| 10/5/1995 | HIST | 95-7755 SUSPECT BURGLARY PENDING | | |
| 9/8/1996 | HIST | 96-7477 R/P CIVIL STANDBY HANDLED | | |
| 11/10/1996 | HIST | 96-9322 R/P DOMESTIC W WIFE SEE REPORT | | |
| 11/12/1996 | HIST | 96-9368 SUSPECT VIOL PRO ORDER SEE REPORT | | |
| 11/13/1996 | HIST | 96-9372 SUSPECT VIOL PRO ORDER SEE REPORT | | |
| 11/15/1996 | HIST | 96-9454 R/P CIVIL STANDBY ASSISTED | | |
| 11/17/1996 | HIST | 96-9492 R/P CIVIL STANDBY ASSISTED | | |
| 4/5/1997 | HIST | 97-2105 PERP DOMESTIC ASSAULT 1108ARREST | | |
| 4/6/1997 | HIST | 97-2131 R/P CIVIL STANDBY HANDLED | | |
| 4/18/1997 | HIST | 97-2387 R/P CIVIL STANDBY HANDLED | | |
| 5/30/1997 | HIST | 97-3446 SUSPECT VIOL ORDER SEE REPORT | | |
| 8/6/1997 | HIST | 97-5653 PRISONER FTA/BATTERY/THREATS 1110ARREST | | |
| 10/15/1997 | HIST | 97-7788 PRISONER PRO ORDER VIOL 1102ARREST | | |
| 1/24/1999 | HIST | 99-465 SUSPECT THEFT OF JACKET ARREST C20 | | |
| 3/3/1999 | HIST | 99-1243 R/P TIRES SLASHED 1109 | | |
| 6/10/1999 | HIST | 99-3802 R/P DOMESTIC 1109 | | |
| 6/12/1999 | HIST | 99-3869 R/P HARASSMENT THREATS 1109-1114 | | |
| 8/29/1999 | HIST | 99-6367 SUSPECT THEFT OF RIFLE 1110 | | |
| 9/6/1999 | HIST | 99-3762 R/P CHILD NEGELCT 1102 | | |
| 1/26/2000 | HIST | 2000-00675 R/P Threats/Scott 1110 | | |
| 2/10/2000 | HIST | 2000-00793 Victim Vandal to vehicle C13 | | |
| 2/16/2000 | HIST | 2000-01255 R/P Theft/Vehicle title C17 | | |
| 5/15/2000 | HIST | #34739 F Perp Disorderly Conduct C12 Cited | | |
| 5/15/2000 | HIST | #34741 F Perp Poss Marijuana C12 Cited | | |
| 5/15/2000 | HIST | #34740 F Perp Public Intoxication C12 Cited | | |
| 5/15/2000 | HIST | 2000-03896 Perp PI/drug possessoin C12 Arrest | | |
| 6/13/2000 | HIST | 2000-04949 Perp No M/C endorsement 1114 | | |
| 9/29/2000 | HIST | 2000-09527 Mentioned argument w/girlftien C18 | | |
| 11/18/2000 | HIST | 2000-11083 Victim Agg Assault C9 | | |
| 12/6/2000 | HIST | #33541 F Perp No proof insu C14 Cited | | |
| 12/6/2000 | HIST | 2000-11585 Driver MVA w/S. Egger C14 | | |
| 12/8/2000 | HIST | 2000-11652 Suspect Theft of guns 1109 | | |
| 12/29/2000 | HIST | 2000-12274 Mentioned Mandy Steggall prob C3 | | |
| 1/30/2001 | HIST | 2001-00829 Perp DV w/Mandy Steggall C13 | | |
| 2/7/2001 | HIST | 2001-01089 Mentioned drug related C9 | | |
| 2/16/2001 | HIST | 2001-01323 Perp Bond Rev/Utah Annette | | |
| 3/7/2001 | HIST | 2001-01913 Perp Trespass @ Shamrock C12 | | |
| 3/9/2001 | HIST | #33730 F Perp No valid DL C9 Cited | | |
| 3/31/2001 | HIST | 2001-02646 Perp Abandoned Vehicle C19 | | |
| 5/15/2001 | HIST | #35732F Perp DWUS C16 Cited | | |
| 5/15/2001 | HIST | 2001-04262 Perp Warrant & DWUS C16 Arrest | | |
| 5/19/2001 | HIST | 2001-04452 Perp Harass/C.Harris C16 | | |
| 5/19/2001 | HIST | 2001-04463 R/P Civil over Vehicle 1119 | | |
| 7/6/2001 | V | 6-2-501-a: SIMPLE ASSSAULT | 01-5477 | 010706070 |
| 7/8/2001 | CHG | Previous name: DEHAAN, RUDOLPH by JSMITH | 0 | |
| 7/9/2001 | SA | WARRANT | 01-5504 | |
| 7/10/2001 | CHG | Previous name: DE HAAN, RUDOLPH by MMCCLAIN | 0 | |
| 8/5/2001 | V | HARASS: HARASSMENT | 01-5768 | 010805065 |
| 11/27/2001 | Warr | CW154: FTP DUS,D.C., INSUR, POSSESSI | 0 | |
| 11/27/2001 | CONT | MUNICIPAL | 0 | |

DEHAAN-000398

# CODY POLICE DEPARTMENT

## PERSON RECORD

### DEHAAN RUDOLF

Page 3

11/15/2007

| DATE | NATURE | EVENT DESCRIPTION | CASE #/F | INC/CIT# |
|------|--------|-------------------|----------|----------|
| 2/12/2002 | Warr | CW178: FTP POSSESSION C.S. DUS INS | 0 | |
| 2/12/2002 | CONT | MUNICIPAL | 0 | |
| 2/15/2002 | WARR | Warrant CW178: CLOSED | 0 | |
| 2/15/2002 | SA | WARRANT | 02-363 | |
| 2/28/2002 | S | 6-2-501-b:Dom: BATTERY-DOMESTIC VIOLENCE | 02-502 | 020228087 |
| 3/1/2002 | CHG | Prev adrs: 1151 29TH ST by MKRESS | 0 | |
| 3/1/2002 | S | AOA: ASSIST OTHER AGENCY | 02-186 | 020301100 |
| 3/4/2002 | CHG | Previous name: 909 LN 11 by TCOZZENS | 0 | |
| 5/28/2002 | S | Probation Violation | 02-1959 | 020528050 |
| 6/14/2002 | FI | W 1St St/N Cheyenne St, Powell | 1267 | 020614096 |
| 6/15/2002 | V | 6-3-402-a/ciii: LARCENY VALUE LESS THAN $500 | 02-585 | 020615044 |
| 6/15/2002 | M | 6-3-402-a/ciii: LARCENY VALUE LESS THAN $500 | 02-585 | 020615044 |
| 6/16/2002 | M | BOND VIOLATION: BOND VIOLATION | 02-2323 | 020616082 |
| 6/29/2002 | CI | 31-7-134-a  Driving Under Suspension | 0 | 20738L |
| 6/29/2002 | CI | 31-4-103  Compulsory Auto Insurance Required | 0 | 20739L |
| 6/29/2002 | WARN | No trailer lights | | 020629061 |
| 7/12/2002 | V | 6-2-502-aii, 6-2-501-b:Dom, 6-6-102-a | 02-730 | 020712052 |
| 8/24/2002 | CO | Trespass | 02-3719 | 020824050 |
| 10/16/2002 | CI | 31-7-134-a DWUS | 0 | 20869L |
| 10/16/2002 | CI | 31-4-103 Compulsory auto insurance | 0 | 20870L |
| 12/14/2002 | CI | CO.17.8.A- DWUS | 0 | 29815L |
| 12/21/2002 | CO | CIVSTDBY: CIVIL STANDBY | 02-5299 | 021221016 |
| 12/22/2002 | M | HARASS: HARASSMENT | 02-5308 | 021222028 |
| 1/21/2003 | Warr | CW481: FTA DUS MUNICIPAL | 0 | |
| 1/21/2003 | CONT | MUNICIPAL | 0 | |
| 1/21/2003 | Warr | CW481: FTA DUS MUNICIPAL | 0 | |
| 1/21/2003 | CONT | MUNICIPAL | 0 | |
| 1/23/2003 | WARR | Warrant CW481: CLOSED | 0 | |
| 1/23/2003 | SA | WARRANT | 03-258 | |
| 2/11/2003 | Warr | CW493: FTA DUS MUNICIPAL | 0 | |
| 2/11/2003 | CONT | MUNICIPAL | 0 | |
| 2/11/2003 | Warr | CW493: FTA DUS MUNICIPAL | 0 | |
| 2/11/2003 | CONT | MUNICIPAL | 0 | |
| 3/22/2003 | SA | WARRANT | 03-894 | |
| 3/22/2003 | WARR | Warrant CW493: CLOSED | 0 | |
| 3/25/2003 | CHG | Prev adrs: 909 LANE 11 by TBALL | 0 | |
| 5/3/2003 | M | CO.20.10: DISORDERLY CONDUCT | 03-1407 | 030503054 |
| 6/30/2003 | S | 6-2-501-b:Dom, DOMESTIC | 03-2148 | 030630080 |
| 9/30/2003 | CI | CO.17.8.A-NODL | 0 | 47607N |
| 10/1/2003 | CHG | Prev adrs: 1802 RUMSEY AVE #5, CODY by LRIDLEY | 0 | |
| 12/4/2003 | CHG | Previous name: DEHAAN, RUDOLF SR by TEHLERS | 0 | |
| 12/4/2003 | CI | 31-5-222-b: STOP SIGN VIOLATION | 03-1105 | 031204052 |
| 12/4/2003 | CI | 31-5-222-b | 0 | 55821H |
| 1/7/2004 | CO | CHILDWEL: CHILD WELFARE | 04-56 | 040107069 |
| 5/31/2004 | M | SUSPACT | 04-486 | 040601029 |
| 6/12/2004 | S | SUSPACT, EXPATROL, CHILDWEL | 04-1305 | 040613017 |
| 6/25/2004 | S | INFO: INFORMATIONAL | 04-1448 | 040625009 |
| 7/25/2004 | CO | 6-3-301-a:Auto: AUTO BURGLARY | 04-1836 | 040726085 |
| 8/6/2004 | M | 6-3-301-a: BURGLARY-SIMPLE | 04-1961 | 040806143 |
| 8/31/2004 | CO | CO.20.22-Vandalism: MALICIOUS MISCHIEF-VANDALISM | 04-2223 | 040831104 |
| 9/9/2004 | W | 31-5-233-biiA, MVC | 04-817 | 040909121 |
| 9/25/2004 | RP | DRUGS, Dispo IN | | 040925079 |
| 10/21/2004 | CHG | Prev adrs: 909 LANE 11, POWELL by RATWOOD | 0 | |
| 10/21/2004 | CO | HARASS: HARASSMENT | 04-2658 | 041021129 |

DEHAAN-000399

11/15/2007 THU 13:58  FAX 5278722 CODY POLICE DEPARTMENT                    Ø041/049

| | CODY POLICE DEPARTMENT | | Page 4 |
|---|---|---|---|
| | PERSON RECORD | | |
| | DEHAAN, RUDOLF | | 11/15/2007 |

| DATE | NATURE | EVENT DESCRIPTION | CASE #/TR | INC/CITE |
|---|---|---|---|---|
| 10/29/2004 | WARR | 10047920: VIOL PRO ORDER CIRCUIT | 0 | |
| 10/29/2004 | WARR | Warrant 10047920: CLOSED | 0 | |
| 10/29/2004 | SA | WARRANT: WARRANT SERVICE | 04-2727 | 041029116 |
| 10/29/2004 | S | ATL: ATTEMPT TO LOCATE | 04-2720 | 041029022 |
| 11/7/2004 | M | DOMESTIC: DOMESTIC INCIDENT | 04-998 | 041107065 |
| 11/11/2004 | CO | DOMESTIC: DOMESTIC INCIDENT | 04-2822 | 041111003 |
| 11/17/2004 | CO | HARASS: HARASSMENT | 04-2870 | 041117116 |
| 11/19/2004 | S | 6-3-402-a/cii, 6-3-406-aiii | 04-2905 | 041122031 |
| 11/20/2004 | CO | 35-7-1031-c-i-E, DOMESTIC | 04-1313 | 041120091 |
| 11/20/2004 | M | PROPFOUN: PROPERTY - FOUND | 04-1093 | 041203043 |
| 11/21/2004 | CHG | Prev adrs: 1701 ALGER AVE #14, CODY by CMINER | 0 | |
| 11/22/2004 | RP | 6-6-103-bii: UNLAWFUL TELEPHONE CALLS/THREATE | 04-1319 | 041122063 |
| 12/10/2004 | SA | 6-2-501-b:Dom: BATTERY-DOMESTIC VIOLENCE | 04-1377 | 041210046 |
| 12/10/2004 | CI | 6-2-501-b:Dom | 0 | 21900L |
| 12/13/2004 | RP | CIVSTDBY, Dispo AG | | 041213064 |
| 12/18/2004 | WARN | NO INSURANCE | | 041218085 |
| 12/18/2004 | CI | 31-7-134-a DWUS (5th Offense) | 0 | 58950P |
| 12/24/2004 | V | 6-2-501-b:Dom: BATTERY-DOMESTIC VIOLENCE | 04-1447 | 041224059 |
| 12/24/2004 | RP | DOMESTIC, Dispo SR | | 041224068 |
| 12/30/2004 | S | 6-3-402-a/cii-Veh, 31-4-102 | 04-1461 | 041230036 |
| 12/31/2004 | SA | WRCP39-Misd: WARRANT:PROB REVOCATION-MISD | 04-1464 | 041231017 |
| 1/4/2005 | CHG | Previous name: DEHAAN, RUDOLF P by RBROWN | 0 | |
| 1/17/2005 | S | TRESPASS | 05-115 | 050117087 |
| 1/20/2005 | RO | ATL | 05-137 | 050120091 |
| 1/20/2005 | CO | ATL | 05-137 | 050120091 |
| 2/2/2005 | RP | CIVDISPU, Dispo NF | | 050202052 |
| 2/12/2005 | INC | SUSPACT, Dispo AG | | 050212055 |
| 2/23/2005 | INC | CIVDISPU, Dispo CO | | 050223031 |
| 3/7/2005 | CI | 6-3-602aii 6-3-402-a-c-iii 6-3-402-a-c-iii | 0 | 04-1461 |
| 3/8/2005 | SA | WARRANT: WARRANT SERVICE | 05-165 | 050308071 |
| 3/10/2005 | RP | 6-3-201-a/b-i: PROPERTY DESTRUCTION - misdemean | 05-167 | 050310020 |
| 3/10/2005 | V | 6-3-201-a/b-i: PROPERTY DESTRUCTION - misdemean | 05-167 | 050310020 |
| 3/31/2005 | INC | PROBVIOL, Dispo OA | | 050331043 |
| 5/3/2005 | M | CO.20.12, CO.24.6 | 05-798 | 050503089 |
| 5/5/2005 | M | ABANDVEH: ABANDONED VEHICLE | 05-343 | 050505100 |
| 5/25/2005 | PAWN | 1 3000 W Onan 3 OPI-1P/IJ Generator | 0 | |
| 5/26/2005 | CI | 31-7-134-a DWUS | 0 | 56917H |
| 6/30/2005 | WARR | 07058250: PBOND REV/FORGERY/2CTS LAR | 0 | |
| 6/30/2005 | CONT | DISTRICT | 0 | |
| 7/7/2005 | WARR | Warrant 07058250: CLOSED | 0 | |
| 7/7/2005 | SA | WRCP39-Fel: WARANT:PROB REVOCATION-FELONY | 05-1323 | 050707087 |
| 8/22/2005 | M | 35-7-1031c-i-C: UNLAWFUL POSSES. METH/COCAINE | 05-1772 | 050822071 |
| 8/27/2005 | CO | 6-3-101-a, 6-1-303, 6-5-202(b)(i) | 05-976 | 050827021 |
| 9/26/2005 | S | CIVSTDBY: CIVIL STANDBY | 05-2035 | 050926005 |
| 10/26/2005 | W | DOMESTIC: DOMESTIC INCIDENT | 05-2243 | 051026048 |
| 12/30/2005 | WARR | 01068526: FTPF/10TH DUS CIRCUIT | 0 | |
| 3/16/2006 | M | EXPATROL: EXTRA PATROL REQUEST | 06-440 | 060316100 |
| 4/4/2006 | WARR | Warrant 01068526: CLOSED | 0 | |
| 4/12/2006 | CI | CO.17.8.A-DWUS | 0 | 03704Z |
| 4/17/2006 | S | 6-6-103-bii: UNLAWFUL TELEPHONE CALLS/THREATE | 06-661 | 060417086 |
| 4/18/2006 | S | AOA: ASSIST OTHER AGENCY | 06-663 | 060418019 |
| 5/1/2006 | WARR | 05068694: PROB REV DISTRICT | 0 | |
| 5/9/2006 | INC | PRISNTRN, Dispo CO | | 060509023 |
| 5/9/2006 | WARR | Warrant 05068694: CLOSED | 0 | |

DEHAAN-000400

| | | CODY POLICE DEPARTMENT | | Page 5 |
|---|---|---|---|---|
| | | PERSON RECORD | | |
| | | DEHAAN, RUDOLF | | 11/15/2007 |

| DATE | NATURE | EVENT DESCRIPTION | CASE #/R | INC/CITE |
|---|---|---|---|---|
| 5/9/2006 | CHG | Prev adrs: 909 LANE 11, POWELL by LMARASCIO | 0 | |
| 5/9/2006 | CHG | Previous phone: 272-7391 by LMARASCIO | 0 | |
| 5/9/2006 | BOOK | Jail Booking No: 612 | 612 | |
| 5/9/2006 | SA | WRCP39-Fel: WARRANT:PROB REVOCATION-FELONY | 06-362 | |
| 10/28/2006 | INC | CO.20.10: DISORDERLY CONDUCT | 06-2207 | 061028083 |
| 10/28/2006 | CI | CO.20.10 Disorderly Conduct | 0 | 05342Z |
| 10/28/2006 | CI | 6-5-204-a Interference w/ peace off | 0 | 05341Z |
| 10/30/2006 | CI | CO.20.10: DISORDERLY CONDUCT | 06-2207 | 061028083 |
| 11/3/2006 | CHG | Previous phone: 272-5842 by JSMITH | 0 | |
| 11/7/2006 | PRTA | Protection Order Against, Order #2006-32-cod | 0 | |
| 5/9/2007 | S | PROTORDER: PROTECTION ORDER | 07-488 | 070509015 |

| ASSOCIATED PERSON | DATE | NATURE | EVENT NO. | RELATIONSHIP |
|---|---|---|---|---|
| ABRAMS, ALEXANDER LEE | 8/27/2005 | C | 05-976 | CO-CO |
| ALLISON, SCOTT WILLIAM | 8/27/2005 | C | 05-976 | CO-CO |
| ALLRED, RACHEL NICOLE | 8/27/2005 | C | 05-976 | CO-CO |
| ANDERSON, DON JR | 8/6/2004 | C | 04-1961 | M-M |
| ANDERSON, GREGORY C | 8/27/2005 | C | 05-976 | CO-CO |
| ANDREWS, MISTY DAWN | 10/21/2004 | C | 04-2658 | CO-CO |
| ARMSTRONG, JOSHUA DAVID | 8/27/2005 | C | 05-976 | CO-W |
| ASBILL, MICHAEL WAYNE | 6/25/2004 | C | 04-1448 | S-S |
| ASHCRAFT, MICHAEL DWAIN | 8/27/2005 | C | 05-976 | CO-W |
| ATWOOD, RICK (DEPUTY) | 10/21/2004 | C | 04-2658 | CO-M |
| BAILY, DEANN | 11/7/2004 | C | 04-998 | M-RP |
| BAILY, JESSICA MARIE | 11/7/2004 | C | 04-998 | M-M |
| BAILY, JUSTIN RICHARD | 11/7/2004 | C | 04-998 | M-M |
| BAILY, RICHARD WILLIAM | 11/7/2004 | C | 04-998 | M-M |
| BARBOSA, KRISTI VIRGINIA | 8/27/2005 | C | 05-976 | CO-M |
| BEENBLOSSOM, LINDA GAYLE | 6/25/2004 | C | 04-1448 | S-S |
| BEENBLOSSOM, LINDA GAYLE | 10/29/2004 | C | 04-2720 | S-RP |
| BEENBLOSSOM, LINDA GAYLE | 11/19/2004 | C | 04-2905 | S-CO |
| BEENBLOSSOM, LINDA GAYLE | 8/31/2004 | C | 04-2223 | CO-CO |
| BEENBLOSSOM, LINDA GAYLE | 8/6/2004 | C | 04-1961 | M-W |
| BLOOMER, RICHARD GORDON | 8/6/2004 | C | 04-1961 | M-S |
| BOGAN, KYLE P | 7/25/2004 | C | 04-1836 | CO-CO |
| BOLLIG, LEONARD | 5/5/2005 | C | 05-343 | M-CO |
| BRAND, JAMES LYLE | 5/5/2005 | C | 05-343 | M-PO |
| BROUSSARD, ADAM JAMES | 8/27/2005 | C | 05-976 | CO-CO |
| BRUCE, CLIFFORD WILLIAM | 10/21/2004 | C | 04-2658 | CO-M |
| BRUCE, MICHAEL ALAN | 10/21/2004 | C | 04-2658 | CO-RP |
| BYBEE, KAYLONI | 8/27/2005 | C | 05-976 | CO-CO |
| BYBEE, KAYLONI | 8/27/2005 | C | 05-976 | CO-W |
| CALLAHAN, JACQUELYN M | 1/7/2004 | C | 04-56 | CO-M |
| CALLEN, KEVIN KINNEY II | 8/27/2005 | C | 05-976 | CO-CO |
| CALLEN, KEVIN KINNEY SR | 8/27/2005 | C | 05-976 | CO-CO |
| CALLEN, LLOYD | 8/27/2005 | C | 05-976 | CO-PO |
| CANFIELD, CLINT PAUL | 8/27/2005 | C | 05-976 | CO-CO |
| CARD, RONDA LEE | 8/22/2005 | C | 05-1772 | M-RP |
| CLOAKEY, DEBRA ANN | 8/27/2005 | C | 05-976 | CO-CO |
| CLOAKEY, KATHLEEN A | 8/27/2005 | C | 05-976 | CO-CO |
| CORBIN, LANCE LEE | 10/21/2004 | C | 04-2658 | CO-M |
| CREGGER, IVAN DARRIN | 12/24/2004 | C | 04-1447 | V-RP |
| CUCH, EDWIN | 8/27/2005 | C | 05-976 | CO-CO |
| DARRAH, STEPHEN JOSEPH | 8/27/2005 | C | 05-976 | CO-M |
| DAVENPORT, PAUL JULIUS III | 8/27/2005 | C | 05-976 | CO-CO |

DEHAAN-000401

## CODY POLICE DEPARTMENT

### PERSON RECORD
### DEHAAN, RUDOLF

Page 6

11/15/2007

| ASSOCIATED PERSON | DATE | C | NATURE | EVENT NO | RELATIONSHIP |
|---|---|---|---|---|---|
| DAVISON, GLEN COLTER | 8/27/2005 | C | | 05-976 | CO-W |
| DAVISON, NANCY ENES | 8/27/2005 | C | | 05-976 | CO-CO |
| DAWSON, TODD (FBI) | 8/27/2005 | C | | 05-976 | CO-M |
| DEHAAN, CHRISTINA DIANE | 3/16/2006 | C | | 06-440 | M-M |
| DEHAAN, PATRICIA A | 8/27/2005 | C | | 05-976 | CO-CO |
| DEHAAN, ZACHARY SEAN | 8/27/2005 | C | | 05-976 | CO-W |
| DEMONEY, MICHAEL RAY | 11/20/2004 | C | | 04-1313 | CO-RP |
| DEPARTMENT OF FAMILY SERVICES | 1/7/2004 | C | | 04-56 | CO-CO |
| DOBBINS, PHILIP AARON | 10/26/2005 | C | | 05-2243 | W-S |
| DOW, EMILY GABRIELLE | 10/28/2006 | C | | 06-2207 | CI-CI |
| DOW, JOHN DAVID | 10/28/2006 | C | | 06-2207 | CI-CO |
| ESPINOZA, KIRSTEN M | 8/27/2005 | C | | 05-976 | CO-CO |
| ESTES, KELLY MARIE | 8/6/2004 | C | | 04-1961 | M-M |
| FELDT, MARIAN ALTHEA | 1/20/2005 | C | | 05-137 | M-M |
| FELDT, MARIAN ALTHEA | 1/20/2005 | C | | 05-137 | RO-RP |
| FERGUSON, HUGH ROBERT | 8/27/2005 | C | | 05-976 | CO-RP |
| FRANK, HAROLD | 8/27/2005 | C | | 05-976 | CO-CO |
| GARCIA, RAY CHRISTOPHER | 3/16/2006 | C | | 06-440 | CO-CO |
| GUTIERREZ, HENRY JR | 8/27/2005 | C | | 05-976 | M-CO |
| HAMMOND, KATHLENE ODETTA | 8/27/2005 | C | | 05-976 | CO-CO |
| HARRIS, CATHERINE ANN | 1/17/2005 | C | | 05-115 | CO-CO |
| HARRIS, CATHERINE ANN | 5/3/2005 | C | | 05-798 | S-RP |
| HARRIS, CATHERINE ANN | 1/7/2004 | C | | 04-56 | M-CO |
| HARRIS, CATHERINE ANN | 3/16/2006 | C | | 06-440 | CO-RP |
| HARRIS, CATHERINE ANN | 9/26/2005 | C | | 05-2035 | M-CO |
| HARRIS, CATHERINE ANN | 1/7/2004 | C | | 04-56 | S-CO |
| HARRIS, CATHERINE ANN | 6/12/2004 | C | | 04-1305 | CO-V |
| HARRIS, CATHERINE ANN | 10/28/2006 | C | | 06-2207 | S-RP |
| HARRIS, CATHERINE ANN | 4/17/2006 | C | | 06-661 | CI-RP |
| HARRIS-WALKER, CATHERINE | 5/9/2007 | C | | 07-488 | S-RP |
| HART, FRANK | 12/30/2004 | C | | 04-1461 | S-V |
| HEATER, ASHLEY D | 8/27/2005 | C | | 05-976 | S-M |
| HINE, ABRAHAM ALEXANDER | 8/27/2005 | C | | 05-976 | CO-CO |
| HINE, BRIDGETTE BRITTANY | 8/27/2005 | C | | 05-976 | CO-CO |
| HOUSE, SANDRA | 8/6/2004 | C | | 04-1961 | CO-W |
| JOHNSON, DAVID LOWE | 5/5/2005 | C | | 05-343 | M-CO |
| JOHNSON, LINDA LEANNE | 8/27/2005 | C | | 05-976 | M-RP |
| JOHNSTON, JEFFREY ALLEN | 6/25/2004 | C | | 04-1448 | CO-CO |
| JORDAN, LAURA CHRISTINE | 8/6/2004 | C | | 04-1961 | S-S |
| JORDAN, WILLIAM J | 8/6/2004 | C | | 04-1961 | M-M |
| KERN, GREGORY MARTIN | 7/26/2004 | C | | 04-1836 | M-M |
| KERN, GREGORY MARTIN | 7/26/2004 | C | | 04-1836 | CO-RP |
| KERN, GREGORY MARTIN | 6/14/2002 | C | | 02-585 | CO-V |
| KIDD, LARRY GEROME III | 8/6/2004 | C | | 04-1961 | M-M |
| KIDD, LARRY GEROME III | 12/31/2004 | C | | 05-167 | M-M |
| KIDD, LARRY GEROME III | 12/31/2004 | C | | 05-167 | RP-M |
| KIDD, YVONNE LEE | 3/10/2005 | C | | 05-167 | V-M |
| KIDD, YVONNE LEE | 3/10/2005 | C | | 05-167 | RP-M |
| LACKEY, DELIA GARCIA | 8/27/2005 | C | | 05-976 | V-M |
| LANGDON, DOUGLAS ROY | 8/27/2005 | C | | 05-976 | CO-CO |
| | | | | | CO-CO |

## CODY POLICE DEPARTMENT

### PERSON RECORD
### DEHAAN, RUDOLF

Page 7

11/15/2007

| ASSOCIATED PERSON | DATE | NATURE | EVENT NO. | RELATIONSHIP |
|---|---|---|---|---|
| LASSON, ROBERT ALLEN | 8/27/2005 | C | 05-976 | CO-CO |
| LEWIS, JEFFREY LINN | 8/27/2005 | C | 05-976 | CO-CO |
| LINVILLE, THOMAS W | 8/27/2005 | C | 05-976 | CO-W |
| LOHMAN, ALAN PALMER | 8/27/2005 | C | 05-976 | CO-PO |
| LOVELAND, ROBERT C | 8/27/2005 | C | 05-976 | CO-CO |
| MANGOLD, ADAM BROOKS | 8/27/2005 | C | 05-976 | CO-CO |
| MANWEILER, NORMAN HENRY | 8/27/2005 | C | 05-976 | CO-CO |
| MARROQUIN, ANASTASIA NICOLE | 5/3/2005 | C | 05-798 | M-CO |
| MARROQUIN, ANASTASIA NICOLE | 8/22/2005 | C | 05-1772 | M-S |
| MARROQUIN, CRYSTAL | 8/22/2005 | C | 05-1772 | M-W |
| MARTIN, NATOSHA MARIE | 10/26/2005 | C | 05-2243 | W-S |
| MCDANIEL, CHRISTOPHER CLARE | 8/27/2005 | C | 05-976 | CO-CO |
| MCNEEL, CHASITY | 8/27/2005 | C | 05-976 | CO-W |
| MICHALEC, CHAD A | 8/27/2005 | C | 05-976 | CO-CO |
| MILLARD, PAUL DOUGLAS | 8/27/2005 | C | 05-976 | CO-CO |
| MISNER, SHARI ANN | 8/27/2005 | C | 05-976 | CO-CO |
| MONTOYA, JAMES D | 8/27/2005 | C | 05-976 | CO-CO |
| MOREY, BRANDON | 11/11/2004 | C | 04-2822 | CO-CO |
| MOREY, BRANDON | 12/10/2004 | C | 04-1377 | SA-V |
| MOREY, BRANDON | 11/20/2004 | C | 04-1313 | CO-W |
| MOREY, BRANDON | 11/7/2004 | C | 04-998 | M-M |
| MOREY, LARRY LYNN | 11/7/2004 | C | 04-998 | M-M |
| MOREY, LARRY LYNN | 8/31/2004 | C | 04-2223 | CO-V |
| MOREY, LARRY LYNN | 8/6/2004 | C | 04-1961 | M-W |
| MOREY, REBECCA SUSANNE | 9/9/2004 | C | 04-817 | W-M |
| MOREY, REBECCA SUSANNE | 8/31/2004 | C | 04-2223 | CO-S |
| MOREY, REBECCA SUSANNE | 11/7/2004 | C | 04-998 | M-M |
| MOREY, REBECCA SUSANNE | 11/11/2004 | C | 04-2822 | CO-CO |
| MOREY, REBECCA SUSANNE | 11/11/2004 | C | 04-2822 | CO-RP |
| MOREY, REBECCA SUSANNE | 12/10/2004 | C | 04-1377 | SA-S |
| MOREY, REBECCA SUSANNE | 11/20/2004 | C | 04-1313 | CO-SA |
| MOREY, REBECCA SUSANNE | 11/19/2004 | C | 04-2905 | S-S |
| MOREY, REBECCA SUSANNE | 12/24/2004 | C | 04-1447 | V-SA |
| MOREY, REBECCA SUSANNE | 11/21/2004 | C | 04-1093 | M-S |
| MOREY, REBECCA SUSANNE | 11/22/2004 | C | 04-1319 | RP-M |
| MOREY, REBECCA SUSANNE | 1/20/2005 | C | 05-137 | CO-MP |
| MOREY, REBECCA SUSANNE | 12/30/2004 | C | 04-1461 | S-M |
| MOREY, REBECCA SUSANNE | 1/20/2005 | C | 05-137 | RO-MP |
| MOREY, REBECCA SUSANNE | 3/10/2005 | C | 05-167 | RP-S |
| MOREY, REBECCA SUSANNE | 3/10/2005 | C | 05-167 | V-S |
| NOFZINGER, ROCHELLE NICHOLE | 8/27/2005 | C | 05-976 | CO-W |
| NOPENS, KRISTIE MICHELLE | 6/25/2004 | C | 04-1448 | S-S |
| NORDBERG, CAROLYN R | 8/27/2005 | C | 05-976 | CO-M |
| NOURAIE, AHMAD J | 8/6/2004 | C | 04-1961 | M-RP |
| NOURAIE, AHMAD J | 8/6/2004 | C | 04-1961 | M-V |
| ORBIN, RONALD EUGENE | 12/24/2004 | C | 04-1447 | V-CO |
| PARKER, KENNY FELIPE | 8/27/2005 | C | 05-976 | CO-CO |
| PARSONS, IAN WILLFORD | 8/6/2004 | C | 04-1961 | M-M |
| PEITZ, AMANDA KAY | 8/6/2004 | C | 04-1961 | M-M |
| PENNELL, MICHAEL (DEPUTY) | 10/21/2004 | C | 04-2658 | CO-M |

DEHAAN-000403

## CODY POLICE DEPARTMENT

### PERSON RECORD
### DEHAAN, RUDOLF

Page 8

11/15/2007

| ASSOCIATED PERSON | DATE | NATURE | EVENT NO. | RELATIONSHIP |
|---|---|---|---|---|
| POWERS, GREGORY ALLEN | 8/27/2005 | C | 05-976 | CO-CO |
| PRESTON, JAYNIE ELIZABETH | 7/25/2004 | C | 04-1836 | CO-M |
| RAILE, RANDALL RAY | 7/26/2004 | C | 04-1836 | CO-CO |
| RAILE, RANDALL RAY | 11/7/2004 | C | 04-998 | M-M |
| REARDON, BRENNA M | 8/27/2005 | C | 05-976 | CO-CO |
| RECKER, RHONDA LEA | 10/28/2006 | C | 06-2207 | CI-W |
| REEM, TIMOTHY MARK | 8/27/2005 | C | 05-976 | CO-CO |
| RICHARDSON, MARK DOUGLAS | 11/19/2004 | C | 04-2905 | S-RP |
| RIESLAND, DUSTIN MICHAEL | 5/5/2005 | C | 05-343 | M-RO |
| RIESLAND, DUSTIN MICHAEL | 12/30/2004 | C | 04-1461 | S-V |
| RILEY, RANDOL | 11/11/2004 | C | 04-2822 | CO-M |
| RILEY, RANDOL | 10/21/2004 | C | 04-2658 | CO-CO |
| RODRIGUEZ, ROGELIO JR | 8/27/2005 | C | 05-976 | CO-S |
| RODRIGUEZ, SHARON L | 9/9/2004 | C | 04-817 | W-SA |
| RODRIGUEZ, SHARON L | 8/27/2005 | C | 05-976 | CO-CO |
| ROHRBACH, WILLIAM PAUL | 8/27/2005 | C | 05-976 | CO-PO |
| ROSENBERGER, JOSHUA PETER | 8/27/2005 | C | 05-976 | CO-SA |
| ROZELL, SCOTT ALLEN | 5/3/2005 | C | 05-798 | M-M |
| ROZELL, SCOTT ALLEN | 1/20/2005 | C | 05-137 | CO-M |
| ROZELL, SCOTT ALLEN | 1/20/2005 | C | 05-137 | RO-M |
| ROZELL, SCOTT ALLEN | 11/7/2004 | C | 04-998 | M-M |
| SHERLEY, GEORGE | 8/27/2005 | C | 05-976 | CO-W |
| SHERLEY, LEVI JACOB | 8/27/2005 | C | 05-976 | CO-SA |
| SHERLEY, RONDA LEIGH | 8/27/2005 | C | 05-976 | CO-CO |
| SITES, SUSAN MAE | 1/20/2005 | C | 05-137 | CO-CO |
| SITES, SUSAN MAE | 1/20/2005 | C | 05-137 | RO-CO |
| SIZEMORE, KRISTEN L. | 10/21/2004 | C | 04-2658 | CO-M |
| SIZEMORE, PERRY JOE SR | 10/21/2004 | C | 04-2658 | CO-CO |
| SIZEMORE, PERRY JOE SR | 8/31/2004 | C | 04-2223 | CO-RP |
| SIZEMORE, PERRY JOE SR | 10/29/2004 | C | 04-2720 | S-CO |
| SIZEMORE, PERRY JOE SR | 6/25/2004 | C | 04-1448 | S-RP |
| SMITH, JODI | 8/22/2005 | C | 05-1772 | M-M |
| SMITH, RANDALL CURTIS | 8/27/2005 | C | 05-976 | CO-CO |
| SMITH, ROBERT NASTA BOOKER | 8/27/2005 | C | 05-976 | CO-CO |
| SMITH, ROBERT NASTA BOOKER | 8/27/2005 | C | 05-976 | CO-W |
| STEGGALL, MANDY RAE | 9/26/2005 | C | 05-2035 | S-M |
| STEGGALL, MANDY RAE | 3/16/2006 | C | 06-440 | M-CO |
| STEGGALL, MANDY RAE | 3/16/2006 | C | 06-440 | M-RP |
| STEGGALL, MANDY RAE | 4/17/2006 | C | 06-661 | S-M |
| STEGGALL, MANDY RAE | 4/18/2006 | C | 06-663 | S-RP |
| STEGGALL, MANDY RAE | 4/18/2006 | C | 06-663 | S-V |
| STEGGALL, MANDY RAE | 12/4/2003 | C | 03-1105 | CI-RP |
| STEGGALL, MANDY RAE | 6/14/2002 | C | 02-585 | M-M |
| STEGGALL, MANDY RAE | 6/12/2004 | C | 04-1305 | S-M |
| STEGGALL, MANDY RAE | 5/31/2004 | C | 04-486 | M-S |
| STEGGALL, MANDY RAE | 5/3/2005 | C | 05-798 | M-CI |
| STEGGALL, MANDY RAE | 5/3/2005 | C | 05-798 | M-SA |
| STEGGALL, MANDY RAE | 7/7/2005 | C | 05-1323 | SA-CO |
| STEGGALL, MANDY RAE | 1/17/2005 | C | 05-115 | S-RP |
| STEGGALL, MANDY RAE | 11/17/2004 | C | 04-2870 | CO-CO |

DEHAAN-000404

| CODY POLICE DEPARTMENT | | | | Page 9 |
|---|---|---|---|---|
| PERSON RECORD | | | | |
| DEHAAN, RUDOLF | | | | 11/15/2007 |

| ASSOCIATED PERSON | DATE | NATURE | EVENT NO | RELATIONSHIP |
|---|---|---|---|---|
| STEGGALL, MANDY RAE | 7/25/2004 | C | 04-1836 | CO-CO |
| STEGGALL, MANDY RAE | 1/7/2004 | C | 04-56 | CO-CO |
| STEVENS, MATTHEW RYAN | 8/27/2005 | C | 05-976 | CO-W |
| STRAUB, JANNA | 5/31/2004 | C | 04-486 | M-V |
| STRAUB, JANNA | 6/14/2002 | C | 02-585 | M-V |
| STRAUB, LYNN | 6/14/2002 | C | 02-585 | M-RP |
| STRAUB, LYNN | 5/31/2004 | C | 04-486 | M-V |
| STRINGARI, JAMES ANDREW | 11/22/2004 | C | 04-1319 | RP-S |
| STROH, RICK DEAN | 5/5/2005 | C | 05-343 | M-CO |
| SUMPTER, ALLEN CHRISTOPHER | 11/7/2004 | C | 04-998 | M-M |
| SUMPTER, MELISSA LYNN | 1/20/2005 | C | 05-137 | CO-M |
| SUMPTER, MELISSA LYNN | 1/20/2005 | C | 05-137 | RO-M |
| TOLMAN, MICHAUNA RICHELLE | 8/27/2005 | C | 05-976 | CO-W |
| VANSANT, BRANDON CHARLES | 8/27/2005 | C | 05-976 | CO-W |
| WAL-MART SUPERCENTER #01-1778 | 10/21/2004 | C | 04-2658 | CO-M |
| WALKER, LARRY E | 5/3/2005 | C | 05-798 | M-CO |
| WALKER, LARRY E | 4/17/2006 | C | 06-661 | S-V |
| WALKER, LARRY E | 4/18/2006 | C | 06-663 | S-M |
| WARDWELL, JULIET M (DETECTIVE) | 8/27/2005 | C | 05-976 | CO-M |
| WATERS, BRUCE (JUDGE) | 8/6/2004 | C | 04-1961 | M-M |
| WHEELER, MICHAEL DEAN JR | 3/10/2005 | C | 05-167 | RP-S |
| WHEELER, MICHAEL DEAN JR | 3/10/2005 | C | 05-167 | V-S |
| WHITE, CLINTON PRESLEY | 8/27/2005 | C | 05-976 | CO-CO |
| WIG WAM MOTEL | 8/6/2004 | C | 04-1961 | M-M |
| WIG WAM MOTEL | 8/31/2004 | C | 04-2223 | CO-V |
| WIG WAM MOTEL | 11/17/2004 | C | 04-2870 | CO-M |
| WIG WAM MOTEL | 11/19/2004 | C | 04-2905 | S-V |
| WILCOX, BRITTANY LYNN | 8/27/2005 | C | 05-976 | CO-CO |
| WILK, JERRY LEE | 8/27/2005 | C | 05-976 | CO-CO |
| WORLAND PD | 4/18/2006 | C | 06-663 | S-M |
| ZAFFARANO, BRIDGET CHRISTINA | 6/25/2004 | C | 04-1448 | S-M |
| ZAFFARANO, JEREMY JOSEPH | 6/25/2004 | C | 04-1448 | S-S |
| ZELLER, KARIN ANGELA | 8/27/2005 | C | 05-976 | CO-RP |
| ZELLER, SARAH JEAN | 8/6/2004 | C | 04-1961 | M-M |

| ASSOCIATED VEHICLE | DATE | NATURE | EVENT NO | RELATIONSHIP |
|---|---|---|---|---|
| 1993 White Oldsmobile Cutlas (11P974M WY) | 12/4/2003 | CA | | CI |
| 1993 Black Pontiac 2DSDN (11P871M WY) | 8/1/2004 | CA | | S |
| 1995 Red Jeep Cherokee (11P9394 WY) | 9/9/2004 | CA | | W |
| 2004 Black Chevrolet Monte Carlo (11P939R WY) | 11/4/2004 | CA | | S |
| 1979 White Toyota 2DSDN ( WY) | 12/18/2004 | CI | | DR |
| 1979 White Toyota 2DSDN ( WY) | 12/30/2004 | CA | | S |
| 1990 Gray Subaru Legacy ( WY) | 1/4/2005 | CA | | S |
| 1993 White Olds 4DR (11P146T WY) | 1/20/2005 | CA | | RO |
| 1993 White Olds 4DR (11P146T WY) | 3/10/2005 | CA | | RP |
| 1993 White Olds 4DR (11P146T WY) | 5/26/2005 | CI | | DR |
| 1989 Maroon/Burgundy Chev 2DSDN (11PMAND7WY) | 7/12/2005 | CA | | SA |
| 1989 Maroon/Burgundy Chev 2DSDN (11PMAND9WY) | 8/28/2005 | CA | | S |
| 1978 Blue Dodge Pu (11T139L WY) | 4/12/2006 | CI | | DR |

DEHAAN-000405