# JAIL BOOKING FORM

Printed Y N

| | |
|---|---|
| NAME: Dehaan, Rudolph Sr. NMN | Locker # 76  File # D-227 |
| Alias – Maiden Name "Rudy" | Date 10-29-04  Time 2040 |

| Age | DOB | Place of Birth |
|---|---|---|
| 43 | 1-4-61 | Amsterdam, Holland |

| Social Security # | DL# | State |
|---|---|---|
| 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 | | |

| Address / Physical Address | Phone |
|---|---|
| 909 Lane 11 | 272-7391 |

City & State: Powell  82435

| Race | Sex | Hair | Eyes |
|---|---|---|---|
| W | M | Bro | Hzl |

| Height | Weight | Build | Complexion |
|---|---|---|---|
| 510 | 165 | thin | med |

Married: ☐ Yes ☐ No Div? ☒
S/M/T ☐ See Body Sheet — Scar-burn-LR ARM

Occupation: roughneck
Employer: Caza
Address or Phone #: Gillette

Emergency Contact: no one
Relationship:
Phone #:

Address:

Medical Problems: Broken right arm & wrist. 1 wk and a half old.
Medicine: no comp-CHAMBERS
Allergies-Special Diet: mayo

| Arresting Ofc. | Stafford/Richards | Agency CPD | Warrant # CR-2004-124 COD |
|---|---|---|---|
| Transport Ofc. | Richards | Agency CPD | |
| Booking Ofc. | Marascio/Mathis | Agency P.C.S.O. | |

Offenses: B/W for Violation of protectio[n]

Court: City☐ Circuit☐ District☒ Juvenile☐ Other☐

Status: Arrest ☐ Release O.R. (sober & sign)      Sentenced ☒
Arrest ☐ Release on Bond
Arrest ☒ Hold for Arraignment      ☐ Weekends
Other ☐                               ☐ With Work R[elease]

Phone Calls:                            Sente[nce]

Booking Behavior: Compleant

Misc. Info: No Wants/Warrants per Clark
FBI/230767V6 SID/WYO

DEEHAAN-000407

EXHIBIT 2

# PRISONER'S PERSONAL PROPERTY RECORD

**PERSONAL PROPERTY**

Searched by: Brown

Currency: Ø

Change: Ø

Checks: Ø

Total $: Ø

Credit Cards: Ø

Medications: Ø

List Each Item:
boots
pants
t-shirt
Flannel
sock
breifs

I certify that the above is a correct list of items removed from my possession at the time I was placed in jail.
Signature X [signature]

**RELEASE**

Bond $: ___  Paid ☐  O.R. ☐
Release Check Number ☐
Amount: $
Medication returned? Y or N/A

Fine $: ___  To be paid Before Rel. ☐  Paid ☐  Date Paid: ___

Sentence Complete ☐  Transferred ☒  To: BHCO  11/3/04  CK #7837 for $79.04

Temporary Release / Furlough:

Other release information: Rls from BHCO

Releasing Officers: BHCO
Date: 11-7-04
Time: 20:04

I received all the above listed property this 7 day of November, 20 04.

Signature: ___

DEEHAAN-000408