FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUN 16 2008

Stephan Harris, Clerk
Cheyenne

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

RUDOLF DEHAAN, )
)
        Plaintiff, )
)
vs. ) Civil No. 07-CV-0257-J
)
PERRY ROCKVAM, et al. )
)
        Defendants. )

## ORDER REQUIRING COMPLIANCE WITH LOCAL RULE

The above-entitled matter having come before the Court upon Plaintiff's Motion for Leave to Amend the Complaint Based Upon Information Obtained During Discovery, and the Court having carefully reviewed said motion and all other material on file herein, and being fully advised in the premises, it is

ORDERED that Plaintiff's Motion for Leave to Amend the Complaint Based Upon Information Obtained During Discovery will not be ruled on or set for hearing until such time as the plaintiff fully complies with United States District Court Local Rule 15.1(a). It is

FURTHER ORDERED that if the plaintiff has complied with the above-cited local rule, it is necessary that he demonstrate compliance to this Court. It is

FURTHER ORDERED that in the event the opposing parties have objections to said motion, they shall be required to file a response to said motion in accordance with the time limits set forth by United States District Court Local Rule 7.1 (b)(1)(B).

Dated this 16th day of June, 2008.

UNITED STATES MAGISTRATE JUDGE