Nicholas H. Carter, Esq.
Stephanie M. Humphrey, Esq.
The Nick Carter Law Firm, P.C.
310 South Gillette Ave., Suite B
P.O. Box 909
Gillette, WY 82717-0909
(307) 682-9349
(307) 687-7690 - Fax

# IN THE UNITED STATES DISTRICT COURT,
## FOR THE DISTRICT OF WYOMING

**RUDOLF DEHAAN,**

    *Plaintiff,*

vs.                                              Civil Case No. 07-CV-0257-J

**PERRY ROCKVAM, individually and as representative for CODY POLICE DEPARTMENT, and CODY POLICE DEPARTMENT, and SCOTT A. STEWARD, individually and as representative for PARK COUNTY SHERIFF'S DEPARTMENT AND DETENTION CENTER, and PARK COUNTY SHERIFF'S OFFICE AND DETENTION CENTER, and OFFICER TORIN CHAMBERS, and JOHN DOES #1-#6,**

    *Defendants.*

---

### ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

**THIS MATTER** having come before the Court upon Plaintiff's Motion For Extension Of Time To Respond To Defendant's Motion For Summary Judgement, and the Court having reviewed the motion and being fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's Motion For Extension Of Time To Respond To Defendant's Motion for Summary Judgement is hereby **GRANTED,** until the _____ day of _____, 2008.

    DATED this _____ day of _____, 2008.

                                        **BY THE COURT:**

                                     _____
                                     William C. Beaman
                                     United States District Court Magistrate Judge