

**FILED**

*3:58 pm, 6/26/08*
**Stephan Harris**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

RUDOLF DEHAAN,

    Plaintiff,

vs.

PERRY ROCKVAM, individually and as representative for CODY POLICE DEPARTMENT et al,

    Defendants.

Case No. 07-CV-257J

### ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    THIS MATTER having come before the Court upon Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment, and the Court having reviewed the motion and being fully advised in the premises;

    IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment is hereby **GRANTED**, until the 15th day of July, 2008.

Dated this 26th day of June, 2008.

_____
ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE