# EXHIBIT A

## Deposition of Rudolph Dehaan

*Dehaan v. Rockvam,* Case No. 07-CV-257-J
Response to Request to Set Aside Order

Page 1

```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF WYOMING


RUDOLF DEHAAN,                     )Civil Case No.
                                   )      7-CV-257
         Plaintiff,                )
                                   )
     VS.                           )
                                   )
PERRY ROCKVAM, Individually        )
and as Representative for          )
CODY POLICE DEPARTMENT, AND        )
                                   )
CODY POLICE DEPARTMENT, AND        )
                                   )
SCOTT A. STEWARD,                  )
Individually and as                )
Representative for PARK            )
COUNTY SHERIFF'S DEPARTMENT        )
AND DETENTION CENTER, AND          )
                                   )
PARK COUNTY SHERIFF'S OFFICE       )
AND DETENTION CENTER, AND          )
                                   )
OFFICER TORIN CHAMBERS, AND        )
                                   )
JOHN DOES #1, #2, #3, #4, #5,      )
AND #6,                            )
                                   )
         Defendants.               )
```

_____

DEPOSITION OF

RUDOLF DEHAAN

_____

JUNE 9, 2008

 1      arm.
 2 Q.   Was the pop something that you heard sort of
 3      inside of you or was it something that was
 4      externally?
 5 A.   No, he -- everybody heard it, because everybody
 6      just stopped moving, too.
 7 Q.   Other than the other two officers, was there
 8      anybody else in the vicinity?
 9 A.   Right about then Officer Chan Richards pulled
10      up in his cruiser.
11 Q.   How do you know Chan Richards pulled up that
12      point?
13 A.   I just know him.  I'm friends with him, I used
14      to be.
15 Q.   So you're face down on the ground, I assume?
16 A.   Yep.
17 Q.   How did you see Chan pull up?
18 A.   I was facing the street.  My face was towards
19      the street.
20 Q.   Tell me what you experienced when the pop
21      happened.
22 A.   A lot of pain.
23 Q.   What kind of pain?
24 A.   A lot of pain.
25 Q.   Was it -- did it feel like when it was first