Nicholas H. Carter, Esq.
Stephanie M. Humphrey, Esq.
The Nick Carter Law Firm, P.C.
310 South Gillette Ave., Suite B
P.O. Box 909
Gillette, WY 82717-0909
(307) 682-9349
(307) 687-7690 - Fax

## IN THE UNITED STATES DISTRICT COURT,
## FOR THE DISTRICT OF WYOMING

RUDOLF DEHAAN,

    *Plaintiff,*

vs.                                      Civil Case No. 07-CV-0257-J

PERRY ROCKVAM, individually and as
representative for CODY POLICE
DEPARTMENT, and CODY POLICE
DEPARTMENT, and SCOTT A. STEWARD,
individually and as representative for PARK
COUNTY SHERIFF'S DEPARTMENT AND
DETENTION CENTER, and PARK COUNTY
SHERIFF'S OFFICE AND DETENTION
CENTER, and OFFICER TORIN
CHAMBERS, and JOHN DOES #1-#6,

    *Defendants.*

---

### PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

---

      Plaintiff, Rudolf Dehaan, by and through his attorneys, Nicholas H. Carter and Stephanie M. Humphrey, The Nick Carter Law Firm, P.C., hereby respectfully requests that the Court dismiss this action pursuant to Rule 41 (a)(2).

Dehaan v. Rockvam, et al.
Plaintiff's Motion to Dismiss Without Prejudice
Page 1

Plaintiff has conferred with counsel from all other parties and they have no objection to the dismissal or an order from the Court allowing all parties to bear their own costs.

WHEREFORE, Plaintiff respectfully requests that this matter be dismissed without prejudice and that the Court enter an Order for the same requiring all parties to bear their own costs.

Respectfully submitted this 15th day of July, 2008.

*/s/ Stephanie*

Nicholas H. Carter, WY State Bar #5-2742
Stephanie M. Humphrey, WY State Bar #6-3865
Attorneys for Plaintiff
**The Nick Carter Law Firm, P.C.**
310 South Gillette Avenue, Suite B
Post Office Box 909
Gillette, Wyoming  82717-0909
Telephone:  (307) 682-9349
Facsimile:  (307) 687-7690
E-mail: attorneys@nickcarterlaw.net

Dehaan v. Rockvam, et al.
Plaintiff's Motion to Dismiss Without Prejudice
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2008, the foregoing Plaintiff's Motion to Dismiss were sent to the following individuals via email:

**Bruce A. Salzburg**  E-mail @ attorneygeneral.state.wy.us.
Attorney General

**John W. Renneisen**
Deputy Attorney General

**Christine Cox**  ccox1@state.wy.us
Senior Assistant Attorney General
Herschler Building, First Floor West
Cheyenne, WY 82002

**Richard Rideout**  E-mail @ rsrideout@qwest.net
Law Offices of Richard Rideout
P.O. Box 389
Cheyenne, WY 82003-0389

/s/ Stephanie M. Humphrey
Stephanie M. Humphrey

Dehaan v. Rockvam, et al.
Plaintiff's Motion to Dismiss Without Prejudice
Page 3

Nicholas H. Carter, Esq.
Stephanie M. Humphrey, Esq.
The Nick Carter Law Firm, P.C.
310 South Gillette Ave., Suite B
P.O. Box 909
Gillette, WY 82717-0909
(307) 682-9349
(307) 687-7690 - Fax

## IN THE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF WYOMING

RUDOLF DEHAAN,

  *Plaintiff,*

vs.                Civil Case No. 07-CV-0257-J

PERRY ROCKVAM, individually and as
representative for CODY POLICE
DEPARTMENT, and CODY POLICE
DEPARTMENT, and SCOTT A. STEWARD,
individually and as representative for PARK
COUNTY SHERIFF'S DEPARTMENT AND
DETENTION CENTER, and PARK COUNTY
SHERIFF'S OFFICE AND DETENTION
CENTER, and OFFICER TORIN
CHAMBERS, and JOHN DOES #1-#6,

  *Defendants.*

### ORDER TO DISMISS WITHOUT PREJUDICE

**THIS MATTER** having come before the Court upon the Plaintiff's Motion to Dismiss without Prejudice, and the Court having reviewed said motion and finding good cause exists to grant the same;

**IT IS HEREBY ORDERED** that Civil Action Number **07-CV-0257-J** is hereby dismissed without prejudice and each party is to bear their own costs.

DATED this _____ day of July, 2008.

_____
Honorable Clarence A. Brimmer
United States District Court Judge