**FILED**



*10:40 am, 7/16/08*
**Stephan Harris**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RUDOLF DEHAAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PERRY ROCKVAM, individually and as representative for CODY POLICE DEPARTMENT, et al,<br><br>　　　　Defendants. | Case No. 07-CV-0257J |

## ORDER TO DISMISS WITHOUT PREJUDICE

THIS MATTER having come before the Court upon the Plaintiff's Motion to Dismiss Without Prejudice, and the Court having reviewed said motion and finding good cause exists to grant the same;

IT IS HEREBY ORDERED that Civil Action No. 07-CV-0257J is hereby dismissed without prejudice and each party is to bear their own costs.

Dated this 16th day of July, 2008.

_____
ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE